AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, INDIVIDUALLY AND ON BEHALF OF <br> *Plaintiff* <br> v. <br> FACEBOOK, INC., and MARK ZUCKERBERG <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No.  21-cv-22440-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FACEBOOK, INC.
Registered Agent: Michael W. Browarnik
1137 S Southlake Drive
Hollywood, FL 33019


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vargas Gonzalez Baldwin Delombard, LLP
815 Ponce de Leon Blvd., Third Floor
Coral Gables, FL 33134


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   07/07/2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

DONALD J. TRUMP, the Forty-Fifth President of the United States, INDIVIDUALLY AND ON BEHALF OF

*Plaintiff*

v.  Civil Action No. 21-cv-22440-KMW

FACEBOOK, INC., and MARK ZUCKERBERG

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MARK ZUCKERBERG
c/o Facebook, Inc.
Registered Agent: Michael W. Browarnik
1137 S Southlake Drive
Hollywood, FL 33019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vargas Gonzalez Baldwin Delombard, LLP
815 Ponce de Leon Blvd., Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/07/2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts