**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com* .

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult S

Postmark Here

7/22/21
21-cv-22440

Postage   Hon. Merrick Garland

$

Total Pos   Attorney General of the United

$            States of America

Sent To    United States Department of Justice

Street an   950 Pennsylvania Avenue, NW

City, Stat   Washington, D.C. 20530-0001

PS Form 3800, April 2015                    See Reverse for Instructions

7017 1450 0000 4887 4165