**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:21-CV-22440-WILLIAMS/MCALILEY**

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,
vs.

FACEBOOK, INC., and
MARKZUCKERBERG,

    Defendants.
_____/

**NOTICE OF ENTRY OF PARTIES**

    Donald J. Trump, 45th President of the United States, *et al.,* by and through their counsel, files this Notice of Entry of Parties, requesting addition of Andres Cabos, Magalys Rios, and Maria Rodriguez-Fresneda, as parties to the matter, which were not added at the time of the filing of the Amended Complaint for Injunctive and Declaratory Relief.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Constitutional Question was served by CM/ECF filing system on July 30, 2021, on all counsel or parties of record on the service list.

                                                      Respectfully submitted by,

                                                    */s/ Matthew Lee Baldwin, Esq*
                                                    Fla. Bar No.: 27463
                                                    Email:  Matthew@VargasGonzalez.com
                                                    **Vargas Gonzalez Baldwin**
                                                     **Delombard, LLP**
                                                     815 Ponce de Leon Blvd., Third Floor
                                                     Coral Gables, Florida 33134

## **SERVICE LIST**

JOHN P. COALE
2901 Fessenden St. NW
Washington, D.C.  20008
johnpcoale@aol.com
Telephone: (202) 255-2096

THE DUDENHEFER LAW FIRM L.L.C
FRANK C. DUDENHEFER, JR.
fcdlaw@aol.com
2721 St. Charles Ave, Suite 2A
New Orleans, LA  70130
Telephone: (504) 616-5226

IVEY, BARNUM & O'MARA
JOHN Q. KELLY
jqkelly@ibolaw.com

MICHAEL J. JONES
*(Pro Hac Vice Forthcoming)*
mjones@ibolaw.com

ROLAND A. PAUL
*(Pro Hac Vice Forthcoming)*
rpaul@ibolaw.com

RYAN S. TOUGIAS
*(Pro Hac Vice Forthcoming)*
rtougias@ibolaw.com

SEAN M. HAMILL
*(Pro Hac Vice Forthcoming)*
shamill@ibolaw.com

170 Mason Street
Greenwich, CT  06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462