IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 1:21-cv-22440-KMW-CMM

DONALD J. TRUMP, the Forty-Fifth President
Of the United States, ELIZABETH ALBERT,
KIYAN AND BOBBY MICHAEL, JENNIFER
HORTON, ANDRES CABOS, MAGALYS
RIOS, AND MARIA RODRIGUEZ-FRESNEDA
INDIVIDUALLY, AND ON BEHALF OF
THOSE SIMILARLY SITUATED,

      Plaintiffs,

      v.

FACEBOOK, INC. and MARK ZUCKERBERG,

      Defendants.
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for DONALD J. TRUMP, the Forty-Fifth President of the United States, ELIZABETH ALBERT, KIYAN AND BOBY MICHAEL, JENNIFER HORTON, ANDES CABOS, MAGALYS RIOS, AND MARIA RODRIGUEZ-FRESNEDA, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED, and pursuant to Rule 5 of the Federal Rules of Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Richard P. Lawson, Esquire
Luis Martinez-Monfort, Esquire
Gardner Brewer Martinez-Monfort, P.A.
400 North Ashley Drive, Suite 1100
Tampa, FL 33602

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court or any other party.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

**DATED**: August 2, 2021

/s/ *Richard P. Lawson*
RICHARD P. LAWSON, ESQ.
Florida Bar No. 165085
LUIS MARTINEZ-MONFORT, ESQ.
Florida Bar No. 0132713
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
(813) 221-9600 Telephone / (813) 221-9611 Fax
Primary Email:   rlawson@gbmmlaw.com
Secondary Email:  litigation@gbmmlaw.com
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT**, a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via the CM/ECF system to all creditors and parties in interest receiving notices by electronic mail on the 2nd day of August, 2021, as indicated below:

| | |
|---|---|
| **Matthew Lee Baldwin**<br>Vargas Gonzalez Hevia Baldwin, LLP<br>815 Ponce de Leon Blvd.<br>Third Floor<br>Coral Gables, FL 33134<br>(305) 631-2528<br>(305) 631-2741 (fax)<br>MBaldwin@VargasGonzalez.com | **John Q. Kelly**<br>Ivey, Barnum & O'Mara<br>170 Mason Street<br>Greenwich, CT 06830<br>(203) 661-6000<br>jqkelly@ibolaw.com |
| **John P. Coale**<br>2901 Fessenden St. NW<br>Washington, DC 20008<br>(202) 255-2096<br>johnpcoale@aol.com | **Michael J. Jones**<br>Ivey, Barnum & O'Mara<br>170 Mason Street<br>Greenwich, CT 06830<br>(203) 661-6000<br>mjones@ibolaw.com |
| **Frank C. Dudenhefer, Jr.**<br>The Dudenhefer Law Firm, LLC<br>2721 St. Charles Ave, Suite 2A<br>New Orleans, LA 70130<br>(504) 616-5226<br>FcdLaw@aol.com | **Ryan Tougias**<br>Ivey, Barnum & O'Mara<br>170 Mason Street<br>Greenwich, CT 06830<br>203-661-6000<br>rtougias@ibolaw.com |

                                                */s/ Richard P. Lawson*
                                                          Attorney