UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

    Plaintiffs,

vs.

FACEBOOK, INC., *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pending before the Court is a Motion to Appear *Pro Hac Vice* for Roland A. Paul, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, which the Honorable Kathleen M. Williams referred to me. (ECF Nos. 4, 21).

Having reviewed the Motion, the pertinent portions of the record and the applicable law, the Court hereby **ORDERS** that the Motion (ECF No. 21), is **GRANTED**. Roland A. Paul, Esq., may appear and participate in this action on behalf of Plaintiff Donald J. Trump and those similarly situated. The Clerk shall provide electronic notification of all electronic filings to Roland A. Paul at rpaul@ibolaw.com.

1

DONE and ORDERED in Miami, Florida this 2nd day of August 2021.

                                                                                       _____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable Kathleen M. Williams
        Counsel of record