

# http://politics2022.org

# 19 July, 2021 13:00

Open Letter to Federal Judge Kathleen M. Williams RE: Donald Trump v. Facebook & Mark Zuckerberg
by Cris Ericson | July 19, 2021 – 7:21am

OPEN LETTER To FEDERAL JUDGE KATHLEEN M. WILLIAMS RE: THE CASE OF FORMER PRESIDENT DONALD TRUMP V. FACEBOOK & MARK ZUCKERBERG, filed in FLORIDA,
A CLASS ACTION LAWSUIT WHICH COULD HAVE THOUSANDS OF CLASS MEMBERS:

Your Honor,
I want to join this lawsuit FILED IN FLORIDA but I want to be in a class of my own. I have not been able to find any other political candidates who were on any official State election ballot for the Nov. 3, 2020 election and who were permanently banned from facebook.com in October 2020 prior to the election but while some voters were already voting on mail in ballots, including U.S. Military people from around the world and people who were on vacation and chose to vote on write-in ballots.

I have "standing" to assert my claim because I was a political candidate for the Nov. 3, 2020 election on the ballot in Vermont and many Vermonters had already fled to Florida for the winter and vote on absentee write-in ballots. Facebook.com kicked me out permanently with no right to appeal and no reason given in October 2020 after I posted a link to the Vermont Secretary of State website listing political candidates, including myself, on facebook.com on pages on facebook.com where I hoped to reach Vermonters who spend the winter in Florida. The Vermont Secretary of State website gave photos of candidates for the Nov. 3, 2020 election, contact information and a brief candidate statement.

Your Honor, it can snow in Vermont up to 6 months or more a year. The temperature can go to 25 degrees below zero. Trying to reach Vermonters who flee to Florida and vote on write-in absentee ballots is necessary for political candidates. Facebook.com kicked me out permanently with no reason given and no right to appeal in October 2020 which affected the number of votes I received in the Nov. 3, 2020 general election in Vermont.

Former President Donald Trump's class action lawsuit against facebook.com and Mark Zuckerberg may only have representative plaintiffs listed who are Republicans, and I am not a Republican. An investigation needs to determine if any of my opposing political candidates who were Republicans or Democrats conspired with facebook.com by asking facebook.com to kick me out. I was on the ballot as a Progressive Party candidate, and the Republicans and Democrats view me as taking votes away from them. My political opinions are different from theirs. It could even be members of the Vermont Progressive Party who may have contacted facebook.com and asked facebook.com to kick me out. I won the Progressive Primary Election in the summer for five statewide offices and I was on the Nov. 3, 2020 general election ballot for Lt. Governor, Attorney General, Secretary of State, Auditor, and Treasurer.

For a representative plaintiff in a class action to prevail, apparently there have to be around 25 similar plaintiffs. In my case, I have searched for months for other candidates who were permanently kicked off of facebook.com prior to the Nov. 3, 2020 election and so far I have found no others.

I am alone. If I am not included in former President Donald
Trump's class action lawsuit against facebook.com and
Mark Zuckerberg, then I am still stuck in cyberspace without
any legal recourse.

Please send your suggestions to me certified mail:
Cris Ericson
879 Church Street
Chester, Vermont 05143-9375
(802)875-4038

**https://www.lw.com/thoughtLeadership/TheClassActionsGuide-US**
... Wal-Mart Stores, Inc. v Dukes (131 S. Ct. 2541 (2011)) ,
the Supreme Court overturned a grant of certification
to a nationwide class of 1.5 million
female Wal-Mart employees because
the class failed to show that the suit involved
common issues
where there was no single discriminatory policy,
but rather numerous
independent decisions
affecting class members in different ways.
... the class could not meet the
Rule 23(a)(2) (Federal Rules of Civil Procedure)
"commonality" requirement...
...Potential claimant
To serve as a named plaintiff, a potential claimant
must satisfy two fundamental
requirements. First, the putative plaintiff
must be a member of the class that it seeks to
represent. Second, the putative plaintiff
must itself have "standing" to assert its claim.
... a plaintiff will generally have standing where it alleges that it was
harmed directly by the defendant....

global.practicallaw.com/classactions-guide
...QUALIFICATION, JOINDER AND TEST CASES
...Certification/qualification
...the representative plaintiff must first meet each of the four
prerequisites of Federal Rule of Civil Procedure 23(a):
• The class must be so numerous that a joinder of all members is impracticable.
• There must be questions of law or fact common to the class.
• The claims or defences of the representatives must be typical

of the claims or defences of the class.
• The representative parties must fairly and adequately protect the interest of the class.
... Rule 23(b) of the Federal Rules of Civil Procedure:
• The prosecution of separate actions
could potentially establish inconsistent standards
...• Common issues of law and fact predominate over individual issues...
... the court determines before trial
whether named plaintiffs
meet the requirements to maintain a class action.
If so, the
court "certifies" the class for trial, and the class action proceeds. ...
...unless the representative
plaintiffs attempt to amend their class claims,
plaintiffs will be left to pursue their claims
individually.
... Rule 23(a) of the Federal Rules of Civil Procedure
requirement of a number of plaintiffs in the class
requires case-specific consideration,
courts have held that classes of at least 25 plaintiffs are sufficient.

**https://www.politico.com/news/2021/07/07/trump-big-tech-lawsuit-498536**
"The litigation reflects a push to get courts to wade into the debates
around free political speech online that have split Democrats and Republicans
across Washington and brought most legislative efforts at platform regulation
to a standstill."..."Trump's suit against YouTube was assigned to
Judge K. Michael Moore, a George H.W. Bush appointee.
The case against Twitter was assigned to Judge Robert N. Scola Jr.,
a Barack Obama appointee. The suit against Facebook was assigned to
Judge Kathleen Williams, also an Obama appointee."

Judge Kathleen Mary Williams
Trump v facebook 21-cv-22440,
U.S. District Court, Southern District of Florida (Miami).
They' Trump asked the court to overturn Section 230
of the Communications Decency Act
Jul 7, 2021 · Docket for Trump v. Facebook, Inc .
Clerks Notice of Judge Assignment to
Judge Kathleen M. Williams. Pursuant to 28 USC 636(c)
Clerk's Office
Divisional Operations Manager
Bryan McGuinness 954-769-5419

Operations Supervisor – West Palm Beach
John Ditullio 561-803-3400
Operations Administrator – Miami Docketing
Yvette Alexander 305-523-5200
305-523-5250
305-523-5200
305-523-5080
Southern District of Florida
United States District Court

http://politics2022.org
https://en.wikipedia.org/wiki/Cris_Ericson
Cris Ericson is an American marijuana legalization activist and perennial political candidate
for public office in Vermont.

Share this:



Facebook   Twitter   LinkedIn   More

Like
Be the first to like this.

**TRUST SOMEONE! 2020 VOTE CRIS ERICSON - PROGRESSIVE**   **19 Jul 2021**
**LATEST**   **Leave a comment**

# 12 July, 2021 19:18

Better wait for the sun to come out in Vermont so Daisy can go outdoors in her kennel while I paint.



**Share this:**

- Facebook
- Twitter
- LinkedIn
- More

Like

Be the first to like this.

👤 **TRUST SOMEONE! 2020 VOTE CRIS ERICSON - PROGRESSIVE**   🕒 **12 Jul 2021**
📁 **LATEST**   💬 **Leave a comment**

# 12 July, 2021 12:26

