UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22440-CIV-WILLIAMS

DONALD J. TRUMP, *et al.*,

    Plaintiffs,

v.

FACEBOOK, INC., *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO JOIN AS PLAINTIFF

**THIS MATTER** is before the Court on a letter sent by Cris Ericson ("***the Letter***"). (DE 29.) On August 6, 2021, the Court received a letter from Cris Ericson, stating in relevant part, "I want to join this lawsuit FILED IN FLORIDA but I want to be in a class of my own." (*Id.* at 1.)

First, the Court has not invited Cris Ericson to correspond with chambers and therefore, the Letter constitutes a violation of the Local Rules for the Southern District of Florida ("***the Local Rules***"). "Unless invited or directed by the presiding Judge, attorneys and any party represented by any attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by any attorney, except when necessary as an exhibit when seeking relief from the Court . . . ." S.D. Fla. Loc. Rule 7.7.

Second, even setting aside the inappropriate nature of the communication, the Court will assume that Cris Ericson intended the Letter to serve as a motion to join the above-captioned case as a plaintiff. As such, the motion not only lacks a sufficient legal or factual basis, but it also was improperly filed. Under the Local Rules,[1] "Prior to filing any motion in a civil case . . . counsel

---

[1] *Pro se* litigants like Cris Ericson must adhere to the same practices, procedures, and rules as counsel for any party in a matter before this Court.

for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." S.D. Fla. Loc. Rule 7.1(a)(3). A person's failure to comply with Local Rule 7.1(a)(3)'s requirements constitutes grounds for denying the motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Cris Ericson's motion to join the above-captioned case as a plaintiff (DE 29) is **DENIED**. Further, the motion (DE 29) is **STRICKEN** from the record. The Clerk of Court is **DIRECTED** to mail a copy of this order to Cris Ericson at 879 Church Street, Chester, Vermont 05143-9375.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 18th day of August, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE