http://politics2022.org  VOTE CRIS ERICSON 2022 UNITED STATES SENATOR



**http://politics2022.org**

To: Federal Judge
Kathleen M. Williams
Wilkie D. Ferguson, JR.
U.S. Court House
400 North Miami Ave
Miami, FL 33128



Filed

FILED BY _____ D.C.

AUG 13 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# 6 August, 2021 11:02

AUGUST 2, 2021

On Aug. 6, 2021 my letter to
Federal Magistrate Judge Chris
McAliley has not yet been received at the U.S. Court in Miami RE: TRUMP v. Facebook

Dear Federal Judge Kathleen M. Williams
and U.S. Attorney General Merrick Garland:
Please certify me as a "subclass" in TRUMP v.
FACEBOOK. 1:21-CV-22440 -KMW - CMM
and if former President Trump's attorneys do not
agree, then send me an informa pauperis
form and I'll be pro se. Facebook kicked me out
Oct. 2020 before the Nov. 3, 2020 Election in Vermont.
I was on the ballot for the Progressive Party statewide.

Aug. 6, 2021              Cris Ericson        CRIS ERICSON
                          879 CHURCH STREET
https://crisericson.wordpress.com        CHESTER, VT 05143 (802) 875-4038    1/28

FACEBOOK



**Share this:**

 Facebook      Twitter      LinkedIn      Press This      More

Like

Be the first to like this.

**TRUST SOMEONE! 2020 VOTE CRIS ERICSON - PROGRESSIVE**   **6 Aug 2021**
**LATEST**      **Leave a comment**

# 6 August, 2021 08:34

Open Internet Letter to U.S. Attorney General Merrick Garland Aug. 6, 2021
from Cris Ericson RE: TRUMP v. FACEBOOK & ZUCKERBERG
Constitution, Civil Rights, Civil Liberties
by Cris Ericson | August 6, 2021

Open Internet Letter to U.S. Attorney General Merrick Garland Aug. 6, 2021
from Cris Ericson RE: TRUMP v. FACEBOOK & ZUCKERBERG
Constitution, Civil Rights, Civil Liberties
by Cris Ericson | August 6, 2021

OPEN INTERNET LETTER on my blog
to
U.S. ATTORNEY GENERAL MERRICK GARLAND
WASHINGTON, D.C.

RE: TRUMP v. FACEBOOK & MARK ZUCKERBERG
Civil Action No. 1:21-cv-22440-KMW-CMM
United States District Court for the
Southern District of Florida
Judge Kathleen M. Williams.
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue
Room 11-3. Miami, Florida 33128.

From: Cris Ericson
879 Church Street, Chester, Vermont 05143-9375
(802)875-4038, August 5, 2021

CONSTITUTIONAL QUESTION:

Is Title 47 U.S.C. §230 Unconstitutional
https://www.law.cornell.edu/uscode/text/47/230
because Title 47 U.S. Code § 230
is being used to violate Federal Election laws:

Title 18 U.S.C. Section 600
and
Title 52 U.S.C. Section 30121(a)(1)(A)

Title 18 U.S.C. Section 600:
Whoever, directly or indirectly, promises any benefit,
provided for or made possible in whole or in part by any
Act of Congress (such as 47 U.S.C. Section 230) to any
person as consideration for political activity in
OPPOSITION to any candidate or any political party
in connection with any primary or general election to
any political office shall be fined under this title...

Title 52 U.S.C. Section 30121(a) Prohibition. It shall be
unlawful for (1) a foreign national, directly or indirectly,
to make (A) a contribution OR OTHER THING OF VALUE
(banning a political candidate from Facebook.com is
of value to the opposing political parties) in connection
with a Federal, State, or local election; ...

STATEMENT OF FACTS:

2020 political candidate Cris Ericson, a U.S. Citizen born in
Washington, D.C., won the Vermont statewide primary
elections for five statewide offices for the Progressive
Party, which is a major political party in the State of Vermont,
and then she was permanently banned from Facebook.com
without any explanation and without any right to appeal
in October 2020 before the Nov. 3, 2020 general election
in Vermont.

Facebook.com earns money worldwide and allegedly does
not segregate those funds from money earned from U.S.
Citizens; and therefore Facebook uses some foreign funds
to pay its employees to ban persons from Facebook.com,
including political candidates who are U.S. Citizens.

LEGAL ARGUMENTS

Title 18 U.S.C. Section 600:
Whoever, directly or indirectly, promises any benefit,
provided for or made possible in whole or in part by any
Act of Congress (such as 47 U.S.C. Section 230) to any
person as consideration for political activity in
OPPOSITION to any candidate or any political party
in connection with any primary or general election to
any political office shall be fined under this title...
THEREFORE,
2020 POLITICAL CANDIDATE CRIS ERICSON ,
in Vermont, allegedly is a victim of criminal conspiracy
by Facebook.com and Mark Zuckerberg because
they permanently banned her from Facebook.com
in October 2020 prior to the Nov. 3, 2020 general
election in Vermont while she was a statewide
candidate for five political offices after winning

the primary election for those five offices, as
allowed under the Election Laws of the State of Vermont.

Title 52 U.S.C. Section 30121(a) Prohibition. It shall be
unlawful for (1) a foreign national, directly or indirectly,
to make (A) a contribution OR OTHER THING OF VALUE
(banning a political candidate from Facebook.com is
of value to the opposing political parties) in connection
with a Federal, State, or local election; ...
THEREFORE,
Facebook.com and Mark Zuckerberg allegedly
acted in criminal conspiracy to use 47 U.S.C. §230
to cause harm to 2020 general election political candidate
Cris Ericson in Vermont because
they permanently banned her from Facebook.com
in October 2020 prior to the Nov. 3, 2020 general
election in Vermont while she was a statewide
candidate for five political offices after winning
the primary election for those five offices, as
allowed under the Election Laws of the State of Vermont.

CONSTITUTIONAL QUESTION:

Did Facebook.com use Title 47 U.S.C. Section 230
to violate Title 18 U.S.C. Section 600 and Title 52 U.S.C.
Section 30121(a)(1)(A); and does this mean that
Title 47 U.S.C. Section 230 is Unconstitutional because
it enables violations of Federal Election Laws?

TABLE OF AUTHORITIES & STATUTES

https://www.law.cornell.edu/uscode/text/47/230
47 UNITED STATES CODE § 230
47 U.S.C. SECTION 230
(a) Findings
The Congress finds the following:
(1) The rapidly developing array of Internet and other interactive computer services available to
individual Americans represent an extraordinary advance in the availability of educational and
informational resources to our citizens.
(2) These services offer users a great degree of control over the information that they receive, as well as
the potential for even greater control in the future as technology develops.
(3) The Internet and other interactive computer services offer a forum for a true diversity of political
discourse, unique opportunities for cultural development, and myriad avenues for intellectual activity.

(4) The Internet and other interactive computer services have flourished, to the benefit of all Americans, with a minimum of government regulation.

(5) Increasingly Americans are relying on interactive media for a variety of political, educational, cultural, and entertainment services.

(b) Policy

It is the policy of the United States—

(1) to promote the continued development of the Internet and other interactive computer services and other interactive media;

(2) to preserve the vibrant and competitive free market that presently exists for the Internet and other interactive computer services, unfettered by Federal or State regulation;

(3) to encourage the development of technologies which maximize user control over what information is received by individuals, families, and schools who use the Internet and other interactive computer services;

(4) to remove disincentives for the development and utilization of blocking and filtering technologies that empower parents to restrict their children's access to objectionable or inappropriate online material; and

(5) to ensure vigorous enforcement of Federal criminal laws to deter and punish trafficking in obscenity, stalking, and harassment by means of computer.

(c) Protection for "Good Samaritan" blocking and screening of offensive material

(1) Treatment of publisher or speaker

No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider.

(2) Civil liability

No provider or user of an interactive computer service shall be held liable on account of—

(A) any action voluntarily taken in good faith to restrict access to or availability of material that the provider or user considers to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected; or

(B) any action taken to enable or make available to information content providers or others the technical means to restrict access to material described in paragraph (1).[1]

(d) Obligations of interactive computer service

A provider of interactive computer service shall, at the time of entering an agreement with a customer for the provision of interactive computer service and in a manner deemed appropriate by the provider, notify such customer that parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist the customer in limiting access to material that is harmful to minors. Such notice shall identify, or provide the customer with access to information identifying, current providers of such protections.

(e) Effect on other laws

(1) No effect on criminal law

Nothing in this section shall be construed to impair the enforcement of section 223 or 231 of this title, chapter 71 (relating to obscenity) or 110 (relating to sexual exploitation of children) of title 18, or any other Federal criminal statute.

(2) No effect on intellectual property law

Nothing in this section shall be construed to limit or expand any law pertaining to intellectual property.

(3) State law

Nothing in this section shall be construed to prevent any State from enforcing any State law that is consistent with this section. No cause of action may be brought and no liability may be imposed under any State or local law that is inconsistent with this section.

(4) No effect on communications privacy law

Nothing in this section shall be construed to limit the application of the Electronic Communications Privacy Act of 1986 or any of the amendments made by such Act, or any similar State law.

(5) No effect on sex trafficking law

Nothing in this section (other than subsection (c)(2)(A)) shall be construed to impair or limit—

(A) any claim in a civil action brought under section 1595 of title 18,

if the conduct underlying the claim constitutes a violation of section 1591 of that title;

(B) any charge in a criminal prosecution brought under State law if the conduct

underlying the charge would constitute a violation of section 1591 of title 18; or

(C) any charge in a criminal prosecution brought under State law if the conduct

underlying the charge would constitute a violation of section 2421A of title 18,

and promotion or facilitation of prostitution is illegal in the jurisdiction where the defendant's promotion or facilitation of prostitution was targeted.

(f) Definitions

As used in this section:

(1) Internet

The term "Internet" means the international computer network of both Federal and non-Federal interoperable packet switched data networks.

(2) Interactive computer service

The term "interactive computer service" means any information service, system, or access software provider that provides or enables computer access by multiple users to a computer server, including specifically a service or system that provides access to the Internet and such systems operated or services offered by libraries or educational institutions.

(3) Information content provider

The term "information content provider" means any person or entity that is responsible, in whole or in part, for the creation or development of information provided through the Internet or any other interactive computer service.

(4) Access software provider

The term "access software provider" means a provider of software (including client or server software), or enabling tools that do any one or more of the following:

(A) filter, screen, allow, or disallow content;

(B) pick, choose, analyze, or digest content; or

(C) transmit, receive, display, forward, cache, search, subset, organize, reorganize, or translate content.

TITLE 18 U.S.C. SECTION 600

https://www.law.cornell.edu/uscode/text/18/600

U.S. Code Title 18 PART I CHAPTER 29 § 600
18 U.S. Code § 600 – Promise of employment or other benefit for political activity
Whoever, directly or indirectly, promises any employment, position, compensation,
contract, appointment, or other benefit, provided for or made possible in whole or
in part by any Act of Congress, or any special consideration in obtaining any such benefit,
to any person as consideration, favor, or reward for any political activity or for
the support of or opposition to any candidate or any political party in connection with
any general or special election to any political office, or in connection with any
primary election or political convention or caucus held to select candidates
for any political office, shall be fined under this title or imprisoned not more than one year,
or both.

TITLE 52 SECTION 30121(a)(1)(A)
https://www.law.cornell.edu/uscode/text/52/30121
U.S. Code Title 52 Subtitle III CHAPTER 301 SUBCHAPTER I
§ 30121 52 U.S. Code § 30121 – Contributions and donations by foreign nationals

(a) Prohibition
It shall be unlawful for—

(1) a foreign national, directly or indirectly, to make—
(A) a contribution or donation of money or other thing of value, or to make an express or implied
promise to make a contribution or donation, in connection with a Federal, State, or local election;
(B) a contribution or donation to a committee of a political party; or
(C) an expenditure, independent expenditure, or disbursement for an electioneering communication
(within the meaning of section 30104(f)(3) of this title); or
(2) a person to solicit, accept, or receive a contribution or donation described in subparagraph (A) or (B)
of paragraph (1) from a foreign national.
(b) "Foreign national" defined
As used in this section, the term "foreign national" means—

(1) a foreign principal, as such term is defined by section 611(b) of title 22, except that the term "foreign
national" shall not include any individual who is a citizen of the United States; or
(2) an individual who is not a citizen of the United States or a national of the United States (as defined in
section 1101(a)(22) of title 8) and who is not lawfully admitted for permanent residence, as defined by
section 1101(a)(20) of title 8.

———

http://politics2022.org
https://en.wikipedia.org/wiki/Cris_Ericson
Cris Ericson is an American marijuana legalization activist and perennial political candidate
for public office in Vermont



From: Cris Ericson
879 Church Street
Chester, Vermont 05143-9375





UNITED STATES
POSTAL SERVICE®

1000

33128

U.S. Pt
FCM Lt
CHEST
05143
AUG 0
AMOU.
$
R2305t

To: Federal Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. U.S. Court House
400 North Miami Ave
Miami, FL 33128

7019 2280 0001 2476 0014

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



1.35
6.21
NT
ER, VT
STER
OSTAGE PAID
3125705-03