**https://www.courtlistener.com/docket/60041057/trump-v-facebook-inc/**
U.S. Magistrate Judge Chris M. McAliley is available to handle
any or all proceedings in this case.

In the Court of Federal Judge Kathleen Mary Williams
Trump v facebook 21-cv-22440,
U.S. District Court, Southern District of Florida (Miami).



Your Honor:
(1) I need to amend my previous letter sent certified mail;
(2) I need to explain why I request a subclass because I
feel that Laura Loomer and I are victims of crimes committed
by facebook.com and Mark Zuckerberg under
Title 18 U.S.C. Section 600;
(3) I need help to locate the other candidate(s);
(4) The Rules say you can request a subclass
but they don't say how many people have to be
in a subclass & I was kicked off social media
and am having a hard time locating candidates.
(5) I forgot to sign with a personal signature my first letter,
and I also need an informa pauperis form so that the
attorneys who will be formally assigned to this case
after it is certified as a class action by the court
can not in the future demand payment from me.

(1) In my first certified letter I explained that I was the only candidate,
having found no others, who was on any official State Election Ballot
but was kicked off of facebook.com permanently before the
Nov. 3, 2020 General Election.

Because I am banned and censored from social media, I had a lot of
trouble trying to find other candidates with the same complaint of
winning a State Primary Election but being banned from
facebook.com prior to the Nov. 3, 2020 General Election.
I have now located another, of a different political party,
but the telephone number the Florida Secretary of State
Elections Division provides for 2020 candidate
Laura Loomer does not allow a
voice message, nor does anyone answer.
I called the GOP Chairman for the area of Florida I think
this candidate is in, and left a message
with the secretary at the law firm he works for, hoping he will call
the candidate, Laura Loomer, and ask her to call me.

https://crisericson.wordpress.com

Title 18 U.S.C. Section 600:
Whoever, directly or indirectly, promises any
benefit, provided for or made possible in whole or
in part by any Act of Congress, to any person
(facebook.com is a corporate "person")
as consideration for any political activity in
opposition to any candidate or any political party
in connection with any primary or general election to any
political office shall be fined under this title...

In the Brief before
Judge Kathleen Mary Williams
Trump v facebook 21-cv-22440,
U.S. District Court, Southern District of Florida (Miami)
submitted by former President Trump's legal counsel,
Matthew Lee Baldwin, Esq., Florida Bar No. 27463,
he states that Facebook.com and Mark Zuckerberg have millions
of followers worldwide and receive billions of dollars a year in profits.
There is no indication that the foreign money earned is separated
from money earned from U.S. Citizens or people who qualify with
"green cards" to donate to political action committees.
Therefore, it appears that facebook.com and Mark Zuckerberg
are operating a worldwide political action committee with the
clear intent to promote some political candidates while
discouraging voters from voting for others,
like me and Laura Loomer;
and this appears to clearly violate Federal Election Law:

Title 52 U.S.C. Section 30121 (a) Prohibition.
It shall be unlawful for (1) a foreign national,
directly or indirectly, to make (A) a contribution
or other thing of value in connection with a
Federal, State, or local election; ...

Allowing some political candidates to be promoted by
facebook.com and Mark Zuckerberg while simultaneously
banning other candidates and NOT filing with the
Federal Election Commission as an illegal and
unregistered worldwide political action committee
accepting foreign funds as facebook.com profits from
foreigners, and not segregating those funds,
certainly sounds like a crime to me.

informed me I have too many friends when I only had
about 35 friends and other people have hundreds or
thousands of friends; etc., the list of harrassment
goes on and on, while meanwhile, they take all of
my personal information and photos and do not give me
any fair share of benefits for what they have taken
from me. In this past year that they have permanently
banned me, I have suffered the loss of social interaction
with family and friends during the covid-19 pandemic.
I feel abused as a senior citizen. Also, I believe
facebook.com and Mark Zuckerberg have a business, or at
least a facebook.com relationship with VERMONT PBS
which refused to include me in political candidate
debates in 2018. I filed a complaint with the Federal
Elections Commission and they sent me a letter stating
that they were going to use their prosecutorial discretion
to do nothing about it. FED M.U.R. # 7619

**www.fec.gov** › files › legal › murs › 7619 › 7619_02
RE: MUR 7619. Dear Ms. Groschner: The Federal Election Commission
received a complaint
that indicates Vermont ETV, Inc. d/b/a Vermont PBS may have violated ...
BEFORE THE FEDERAL ELECTION COMMISSION 1 2 ... – FEC

**www.fec.gov** › files › legal › murs › 7619 › 7619_06
MUR: 7619. Respondent: Vermont ETV, Inc. d/b/a. 6. Vermont Public Broadcasting
System1. 7. 8. Complaint Receipt Date: June 21, 2019.
FEDERAL ELECTION COMMISSION July 9, 2019 VIA EMAIL ... – FEC

**www.fec.gov** › files › legal › murs › 7619 › 7619_04
Jul 9, 2019 · RE: MUR 7619. Vermont ETV, Inc. d/b/a Vermont PBS. Dear Mr.
Deutsch:
This is in response to your e-mail dated July 8, 2019, requesting an ...

I sincerely hope that this Court
is more concerned with Freedom of Speech and Freedom of
Association guaranteed to us by the United States Constitution.
The Graveyard in Chester, Vermont 05143 in
which my own mother is buried is full of graves of our own
brave soliders BURIED IN THE 1700s and 1800s
with flags next to them. WAKE UP AMERICA!

printed name:



## http://politics2022.org

# 18 August, 2021 15:16





To: Federal Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

From:
Cris Ericson
879 Church Street

CRIS ERICSON
879 CHURCH ST
CHESTER, VT 05143

MANCHESTER NH 030

19 AUG 2021 PM 1 L

Federal Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 11-3
Miami, Florida 33128

33128-181038