**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

    Plaintiffs,

v.

FACEBOOK, INC. and MARK ZUCKERBERG,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

Maria J. Beguiristain and W. Dylan Fay of White & Case LLP appear as counsel for Defendants Facebook, Inc. and Mark Zuckerberg. The parties are requested to forward copies of all pleadings, motions, notices, orders and other documents and correspondence to the e-mail or mailing addresses listed below.

Dated: September 2, 2021

Respectfully submitted,

By: *s/ Maria J. Beguiristain*
Maria J. Beguiristain
Florida Bar No. 69851
mbeguiristain@whitecase.com
W. Dylan Fay
Florida Bar No. 125673
wfay@whitecase.com
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Counsel for Defendants Facebook, Inc. and Mark Zuckerberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system and that the foregoing document will be served on all counsel of record via transmission of a notice of electronic filing generated by the CM/ECF system.

By: <i>s/ Maria J. Beguiristain</i><br>
Maria J. Beguiristain