UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

      Plaintiffs,

v.

FACEBOOK, INC. and MARK ZUCKERBERG,

      Defendants.
_____/

**DEFENDANTS' MOTION FOR KATE EPSTEIN
TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND
REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kate Epstein of Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004, (202) 389-5000, for purposes of appearance as co-counsel on behalf of Defendants Facebook, Inc. and Mark Zuckerberg, in the above-styled case only, and, pursuant to Section 2B of the CM/ECF Administrative Procedures, to permit Ms. Epstein to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ms. Epstein is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar and the Bar of the State of New York. She also is admitted to practice before the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit and the United States Court of Appeals for the Tenth Circuit.

2. Movant, Maria J. Beguiristain of White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law and is authorized to file through the Court's electronic filing system.  Movant consents to being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Epstein has made payment of this Court's $200.00 admission fee.

4. A certification signed by Ms. Epstein in accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida is attached to this motion.

5. Ms. Epstein, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide notice of electronic filings to her at kate.epstein@kirkland.com.

WHEREFORE, Maria J. Beguiristain moves this Court to enter an order permitting Kate Epstein to appear before this Court on behalf of Defendants Facebook, Inc. and Mark Zuckerberg for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Epstein.

AMERICAS 108823587

Dated: September 2, 2021

By: *s/ Maria J. Beguiristain*
    Maria J. Beguiristain
    Florida Bar No. 69851
    mbeguiristain@whitecase.com
    WHITE & CASE LLP
    200 South Biscayne Boulevard
    Suite 4900
    Miami, Florida 33131
    Telephone: (305) 371-2700
    Facsimile: (305) 358-5744

    *Counsel for Defendants Facebook, Inc. and Mark Zuckerberg*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system and that the foregoing document will be served on all counsel of record via transmission of a notice of electronic filing generated by the CM/ECF system.

By: *s/ Maria J. Beguiristain*  
Maria J. Beguiristain

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

      Plaintiffs,

v.

FACEBOOK, INC. and MARK ZUCKERBERG,

      Defendants.
_____/

**CERTIFICATION OF KATE EPSTEIN**

    I, Kate Epstein, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and the Bar of the State of New York; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                  *s/ Kate Epstein*
                                  Kate Epstein