UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

      Plaintiffs,

v.

FACEBOOK, INC. and MARK ZUCKERBERG,

      Defendants.
_____/

## DEFENDANT FACEBOOK, INC.'S
## NOTICE OF STRIKING CORPORATE DISCLOSURE STATEMENT

Defendant Facebook, Inc., pursuant to the Clerk of Court's Notice to Filer (D.E. 58), gives notice of striking the corporate disclosure statement filed on September 2, 2021 (D.E. 49), which will be refiled.

Dated: September 3, 2021

Respectfully submitted,

W<small>HITE</small> & C<small>ASE</small> LLP

By: *s/ Maria J. Beguiristain*
Maria J. Beguiristain
Florida Bar No. 69851
W. Dylan Fay
Florida Bar No. 125673
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: mbeguiristain@whitecase.com
Email: wfay@whitecase.com

*Counsel for Defendants Facebook, Inc. and Mark Zuckerberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on, September 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system and that the foregoing document will be served on all counsel of record via transmission of a notice of electronic filing generated by the CM/ECF system.

By: *s/ Maria J. Beguiristain*
Maria J. Beguiristain

2