**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

      Plaintiffs,

v.

FACEBOOK, INC. and MARK ZUCKERBERG,

      Defendants.
_____/

## **DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Facebook, Inc., pursuant to Federal Rule of Civil Procedure 7.1, discloses that it is a publicly held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.[1]

---

[1] Facebook submits this disclosure statement as required by the federal rule while reserving all defenses.

Dated: September 3, 2021

Respectfully submitted,

WHITE & CASE LLP

By: *s/ Maria J. Beguiristain*
Maria J. Beguiristain
Florida Bar No. 69851
W. Dylan Fay
Florida Bar No. 125673
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: mbeguiristain@whitecase.com
Email: wfay@whitecase.com

KIRKLAND & ELLIS LLP

Craig S. Primis, P.C. (*pro hac vice* pending)
Kate Epstein (*pro hac vice* pending)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-389-5000
Facsimile: 202-389-5200

*Counsel for Defendants Facebook, Inc. and Mark Zuckerberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on, September 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system and that the foregoing document will be served on all counsel of record via transmission of a notice of electronic filing generated by the CM/ECF system.

By: *s/ Maria J. Beguiristain*
Maria J. Beguiristain

AMERICAS 108836178