UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:21-CV-22440-WILLIAMS/MCALILEY

DONALD J. TRUMP, the Forty- Fifth President
of the United States, ELIZABETH ALBERT,
KIYAN AND BOBBY MICHAELM
JENNIFER HORTON, ANDRES CABOS,
MAGALYS RIOS, AND MARIA
RODRIGUEZ-FRESNEDA, INDIVIDUALLY
AND ON BEHALF OF THOSE SIMILARLY
SITUATED,

    Plaintiff and the Class,
vs.

FACEBOOK, INC., and
MARK ZUCKERBERG,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S FACEBOOK, INC.,
AND MARK ZUCKERBERG'S MOTION TO TRANSFER [DE-77]**

The undersigned, on behalf of Plaintiff Donald J. Trump, hereby files this Notice of Filing Exhibits in Support of Plaintiff's Response to Defendants Facebook, Inc and Mark Zuckerberg's Motion to Transfer [DE-77].

Dated October 12, 2021.

    Respectfully submitted by,

*/s/ Matthew Lee Baldwin, Esq*
Fla. Bar No.: 27463
Email: Matthew@VargasGonzalez.com
**Vargas Gonzalez  Baldwin
Delombard, LLP**
815 Ponce de Leon Blvd., Third Floor
    Coral Gables, Florida 33134

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Exhibits in Support of Plaintiff's Response to Defendants Facebook, Inc and Mark Zuckerberg's Motion to Transfer was served by CM/ECF filing system on October 12, 2021, on all counsel or parties of record on the service list.

    Respectfully submitted by,

*/s/ Matthew Lee Baldwin, Esq*
Fla. Bar No.: 27463
Email: Matthew@VargasGonzalez.com
**Vargas Gonzalez  Baldwin Delombard, LLP**
815 Ponce de Leon Blvd., Third Floor
Coral Gables, Florida 33134
Telephone: (305) 631-2528
Facsimile: (305) 631-2741
e-Service:
Service8@VargasGonzalez.com

# SERVICE LIST

Of Counsel

JOHN P. COALE (Pro Hac Vice)
Email: johnpcoale@aol.com
2901 Fessenden St. NW
Washington, D.C. 20008
Telephone: (202) 255-2096

JOHN Q. KELLY (Pro Hac Vice)
E-mail: jqkelly@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

RYAN S. TOUGIAS (Pro Hac Vice)
E-mail: rtougias@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

RICHARD P. LAWSON, ESQ.
Florida Bar No. 165085
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Primary
Email: rlawson@gbmmlaw.com
Secondary
Email:  litigation@gbmmlaw.com

LUIS MARTINEZ-MONFORT, ESQ.
Florida Bar No. 0132713
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste.
1100 Tampa, Florida 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Primary
Email: rlawson@gbmmlaw.com
Secondary
Email:  litigation@gbmmlaw.com