## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22440-CIV-WILLIAMS/MCALILEY

DONALD J. TRUMP, *et al.*,

                    Plaintiffs,

v.

FACEBOOK, INC. and
MARK ZUCKERBERG,

                    Defendants.

_____/

### DEFENDANTS FACEBOOK, INC. AND MARK ZUCKERBERG'S UNOPPOSED MOTION TO (1) EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT; (2) EXTEND THE TIME TO RESPOND TO THE MOTION FOR A PRELIMINARY INJUNCTION; AND (3) EXCEED THE PAGE LIMIT FOR THE RESPONSE TO THE MOTION FOR A PRELIMINARY INJUNCTION

Defendants Facebook, Inc. and Mark Zuckerberg, pursuant to Federal Rule of Civil Procedure 6 and Southern District of Florida Local Rule 7.1, respectfully request that the Court grant them (1) an extension of time to respond to Plaintiffs' amended complaint (D.E. 16); (2) an extension of time to respond to Plaintiff Donald J. Trump's motion for a preliminary injunction (D.E. 78); and (3) ten additional pages for their response to Mr. Trump's motion for a preliminary injunction.  Plaintiffs do not object to the relief requested.

Mr. Trump and several individuals filed this putative class action on July 7, 2021 (D.E. 1) and an amended complaint on July 27, adding three plaintiffs and two state-law claims (D.E. 16). Plaintiffs did not serve Facebook or Mr. Zuckerberg with either complaint.  Rather, Facebook and Mr. Zuckerberg contacted Plaintiffs' counsel and agreed to waive service (*see* D.E. 73, 74).  Their deadline to respond to the amended complaint is November 8 (*see id.*).

On September 17, Facebook and Mr. Zuckerberg moved to transfer this case to the Northern District of California, pursuant to 28 U.S.C. § 1404(a), based on the forum-selection clause in Facebook's Terms of Service to which Plaintiffs agreed as a condition of using Facebook's products (D.E. 75).  Plaintiffs filed an opposition on October 1 (D.E. 77), and Facebook and Mr. Zuckerberg replied on October 8 (D.E. 79).  Plaintiffs have until October 19 to file a sur-reply permitted by the Court (D.E. 82).

On October 7—nine months after Facebook initially suspended Mr. Trump from its platform and three months after Plaintiffs filed this case—Mr. Trump filed a motion for a preliminary injunction directing (among other things) Facebook to reinstate his access to Facebook and his Facebook account (D.E. 78 at 28–29).  A response to that motion is due October 21.

The Court "has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'"  *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (*quoting Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)).  To advance the "orderly and expeditious" disposition of this case, Facebook and Mr. Zuckerberg request that the Court grant them an extension of time to respond to the amended complaint and Mr. Trump's motion for a preliminary injunction until either (a) 30 days after the Court rules on the motion to transfer, if the motion is denied, or (b) on a schedule to be determined by the Northern District of California, if the motion is granted.  Permitting responses after disposition of the transfer motion will conserve resources as to the response to the amended complaint and allow the court that ultimately presides over the case to determine the appropriate schedule for briefing on the motion for a preliminary injunction.  In contrast, if Facebook and Mr. Zuckerberg respond to either only to have the case transferred, they may need to file additional briefing under a different set of procedural rules and circuit precedent.  Granting the requested

2

extensions of time thus will prevent duplicative work for the courts and the parties.  And deferring briefing will not prejudice Mr. Trump or the other Plaintiffs, who do not object to the requested extensions.

Facebook and Mr. Zuckerberg also request that the Court permit them to file a response to Mr. Trump's motion for a preliminary injunction, should one be filed in this District, that exceeds Southern District of Florida Local Rule 7.1(c)(2)'s page limit by ten pages.  Mr. Trump filed a 30-page motion for a preliminary injunction and supporting memorandum that attaches 175 exhibits and challenges the constitutionality of a federal statute and invokes two state statutes, one new, while addressing the test for a preliminary injunction (D.E. 78).  Facebook and Mr. Zuckerberg require an additional ten pages to respond adequately on the facts and the law.

Pursuant to the Court's "Practices and Procedures for Civil Cases," undersigned counsel certifies that (1) this is Facebook's and Mr. Zuckerberg's first request for an extension of time in this case;  (2) extensions of time to respond to the amended complaint and motion for a preliminary injunction are necessary for the reasons described above; (3) Plaintiffs do not object to the relief requested here and (4) Facebook and Mr. Zuckerberg seek to extend the time to respond to both the amended complaint and the motion for a preliminary injunction until (a) 30 days after the Court rules on the motion to transfer, if that motion is denied, or (b) on a schedule to be set by the Northern District of California, if the motion is granted, with the response to the motion for a preliminary injunction, if one is filed in this District, not to exceed 30 pages.  A proposed order is attached.

## SOUTHERN DISTRICT OF FLORIDA LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel certifies that they have conferred with Plaintiffs' counsel by e-mail regarding the relief requested in this motion and that Plaintiffs' counsel does not object to the requested relief.

Dated:  October 12, 2021

*s/Maria J. Beguiristain*
Maria J. Beguiristain
Florida Bar No. 69851
W. Dylan Fay
Florida Bar No. 125673
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida  33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
Email:  mbeguiristain@whitecase.com
Email:  wfay@whitecase.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Kate H. Epstein (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
craig.primis@kirkland.com
winn.allen@kirkland.com
ronald.anguas@kirkland.com
kate.epstein@kirkland.com
james.xi@kirkland.com

*Attorneys for Defendants Facebook, Inc.
and Mark Zuckerberg*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 12th day of October 2021, the foregoing was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

*s/ Maria J. Beguiristain*
Maria J. Beguiristain