AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

FILED BY_____D.C.

OCT 13 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | | |
|---|---|---|
| DONALD J. TRUMP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:2021-cv-22440-KMW |
| FACEBOOK, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN WILLIAM CASSADAY

Date:    10/07/2021

*Kevin Cassaday*

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.10.07 05:17:41 -04'00'

*Attorney's signature*

KEVIN WILLIAM CASSADAY *9178 - PRO SE
*Printed name and bar number*

1804 GUENTHER AVE
LANSING, MI 48917

*Address*

KWCASSADAY@YAHOO.COM
*E-mail address*

(989) 615-7096
*Telephone number*

*FAX number*

U.S. DISTRICT COURT
FLORIDA SOUTHERN DISTRICT

CASE #        1:2021-cv-22440-KMW

              TRUMP vs FACEBOOK, INC et al

**APPEARANCE:**

        KEVIN W CASSADAY *9178 – PRO SE

**AFFILIATED CASE OF INTEREST:**

        U.S. DISTRICT OF MICHIGAN WESTERN DISTRICT SOUTHERN
        DIVISION
        1:2021-cv-710 (PLM-PJG)
        CASSADAY vs TRUMP, DONALD J.

        1:2021-cv-718 (PLM-PJG)
        CASSADAY vs SHIRKEY et al

        1:2021-cv-722 (PLM-PJG)
        CASSADAY vs DOW CHEMICAL COMPANY et al

        1:2021-cv-714 (PLM-PJG) CASSADAY vs FACEBOOK et al

        + THE OTHERS IN SAME COURT

U.S. DISTRICT COURT
FLORIDA SOUTHERN DISTRICT

**OBJECTION:**

1. MR. CASSADAY OBJECTS TO ALLOWING DONALD J. TRUMP TO HAVE HIS LYING PROPAGANDIST FACEBOOK ACCOUNT BACK.

2. MR. CASSADAY RESERVES THE RIGHT OF OBJECTIONS TO BLOCK DONALD J. TRUMP FROM EVER BEING ALLOWED ON ANY SOCIAL MEDIA SITE IN AMERICA, (PREFERABLE WORLD).

**MOTION:**

1. BLOCK DONALD J. TRUMP FROM FACEBOOK **FOREVER**

**STATEMENT:**

1. DONALD TRUMP IS A COMPULSIVE LIAR, USING FACEBOOK TO EMPOWER HIMSELF, IN WHICH HE SHALL BE **GROUNDED** FROM ANY SOCIAL MEDIA SITES THAT WOULD ENABLE HIM TO INCITE ANOTHER INSURRECTION, THAT WAS ALL IN ATTEMPTS TO RILE UP & BLOCK MR. CASSADAY.
THE ATTEMPTED CONDUCT WAS MICHIGAN COMPILED LAWS 750.348 – INCITING INDIANS.

2. DONALD TRUMP HAS BEEN HARASSING & TARGETING MR. CASSADAY THROUGH HIS TWITTER MEGAPHONE, OTHERS IN

DONALD'S CABINET HAVE SYSTEMATICALLY HARASSED MR. CASSADAY GENOCIDALLY.

3. DONALD TRUMP IS AN INHERENT RACIST IN HYPOCRISY

4. DONALD J. TRUMP RAN A GENOCIDE ON THE WORLD BECAUSE HE IS RACIST

5. DONALD J. TRUMP KILLED OVER 600,000 AMERICANS IN ATTEMPT TO KILL MR. CASSADAY, STILL COUNTING ON HIS ORCHESTRATED COUNTER.

6. DONALD J. TRUMP HAS A SADISTIC CRIMINAL AGENDA ON WORKING AMERICANS BACK.

7. DONALD J. TRUMP BORROWED $6.7 TRILLION AGAINST U.S. WORKERS IN 2020 TO FLOAT THE MARKET UNTIL THE DEMOCRATS TOOK OFFICE, INTENT WAS A PURPOSEFUL BRIBE TO MANY IN HEALTHCARE & THE STOCK MARKET.

8. DONALD J. TRUMP DESERVES TO BE PUT IN A PADDED ROOM TILL HE KICKS THE BUCKET, SO HE WON'T HURT OTHERS AGAIN.

9. DONALD J. TRUMP IS ABUSIVE, INFLICTING THE UNITED STATES UPON MR. CASSADAY.

THIS CASE IS MUTE FOR DONALD J. TRUMP

U.S. DISTRICT COURT
FLORIDA SOUTHERN DISTRICT

**AFFIDAVIT:**

"UNDER OATH, I **KEVIN CASSADAY** DECLARE WITH PENALTIES OF PERJURY THAT I AM WHO I STATE I AM, THE DOCUMENTS I SIGN HAVE BEEN EXAMINED BY ME & IT'S CONTENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE & BELIEF. ANY REQUIREMENT BY LAW THAT A DOCUMENT BE FILED WITH THE COURT WHICH MUST BE SWORN, MAY BE ALSO MET BY THIS DECLARATION"

"I KEVIN CASSADAY MAKE MISTAKES, THOUGH IN ACTUALITY, THEY ARE NOTHING IN COMPARISON TO THE ABUSE INFLICTED UPON ME FOR OTHER' AMUSEMENT & RETALIATION"

KEVIN CASSADAY

1804 GUNTHER AVE
LANSING, MI 48917

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.10.07 05:17:36 -04'00'

## 1:21-cv-22440-KMW Trump et al v. Facebook, Inc et al

From: Kevin Cassaday (kwcassaday@yahoo.com)

To: mbaldwin@vargasgonzalez.com; johnpcoale@aol.com; fcdlaw@aol.com; mjones@ibolaw.com; jqkelly@ibolaw.com; rlawson@gbmmlaw.com; rpaul@ibolaw.com; rtougias@ibolaw.com; joshua.kolsky@usdoj.gov; winn.allen@kirkland.com; ronald.anguas@kirkland.com; mbeguiristain@whitecase.com; kate.epstein@kirkland.com; cprimis@kirkland.com; james.xi@kirkland.com

Date: Thursday, October 7, 2021, 05:20 AM EDT

IN APPEARANCE IN THE ATTACHED

THE COURTS DO NOT HAVE ANY WAY FOR MR. CASSADAY TO SHARE

NO EMAIL
NO FAX
NO E-FILING

Kevin Cassaday

1804 Guenther Ave
Lansing, MI 48917

2021-10-7 DONALD J. TRUMP OBJECTION FACEBOOK.pdf
1MB

*Proof of Service*     10-7-2021

*Kevin Cassaday*

**TRACKED ■**

PS000001000

**FLAT RATE**
ONE RATE ■ ANY W

- When used internati
- Limited International
- USPS Tracking® incl
- Most domestic shipi
- Expected delivery da

"Insurance does not cover c
Domestic Mail Manual at htt
** See International Mail Mar

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL ®**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE ®** **Click-N-Ship®**

**P**

usps.com
$17.46
US POSTAGE
Flat Rate Env
Signature
Confirmation

9489 3036 9930 0000 5695 80 0174 5001 0063 3128

**U.S. POSTAGE PAID**

10/07/2021  1 lb 0 oz      Mailed from 48917

**PRIORITY MAIL 2-DAY™**

KEVIN W CASSADAY
1804 GUENTHER AVE
LANSING MI 48917-8524

Expected Delivery Date: 10/12/21
Ref#: RETURN SVC

**0004**

U.S.M.S.
...CTED

**C075**

RESTRICTED DELIVERY
SIGNATURE REQUIRED

U.S.M.S.
INSPECTED
BY...

SHIP
TO:

U.S. DISTRICT OF FLORIDA SOUTHERN DISTRICT
400 N MIAMI AVE # 8
**MIAMI FL 33128-1801**

**USPS SIGNATURE TRACKING #**

**9489 3036 9930 0000 5695 80**

Electronic Rate Approved #038555749

FROM:

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. PP14F © U.S. Postal Service; May 2020; All rights reserved.