## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:21-cv-22440-KMW

DONALD J. TRUMP, the Forty-Fifth President
of the United States, ELIZABETH ALBERT,
KIYAN AND BOBBY MICHAEL, JENNIFER
HORTON, ANDRES CABO, MAGALYS RIOS,
AND MARIA RODRIGUEZ-FRESNEDA,
INDIVIDUALLY AND ON BEHALF OF
THOSE SIMILARLY SITUATED,

        Plaintiffs,

        v.

FACEBOOK, INC., and MARK ZUCKERBERG,

        Defendants.

## **PLAINTIFF'S NOTICE OF FILING DECLARATION**

The undersigned, on behalf of Plaintiff Donald J. Trump, hereby files this Declaration of

Samantha Ferrara, Research Analyst at Brosnan Risk Consultants, Ltd., in support of Plaintiff's

Motion for Preliminary Injunction.

Date: September ___, 2021           Respectfully submitted,

                         _____*/s/ Matthew Baldwin*_____
                         Fla. Bar No.: 27463
                         Email: Matthew@VargasGonzalez.com
                         Vargas Gonzalez Baldwin Delombard, LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Action No. 1:21-cv-22440-KMW

DONALD J. TRUMP, the Forty-Fifth President
of the United States, ELIZABETH ALBERT,
KIYAN AND BOBBY MICHAEL, JENNIFER
HORTON, ANDRES CABO, MAGALYS RIOS,
AND MARIA RODRIGUEZ-FRESNEDA,
INDIVIDUALLY AND ON BEHALF OF
THOSE SIMILARLY SITUATED,

        Plaintiffs,

    v.

FACEBOOK, INC., and MARK ZUCKERBERG,

        Defendants.

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Samantha Ferrara, declare as follows:

1.     I am over the age of 18 years.

2.     I am a Research Analyst employed by Brosnan Risk Consultants, Ltd., and have been employed there since March of 2008.

3.     Brosnan Risk Consultants, Ltd. was retained to verify the accuracy, authenticity, and source for each of the facts cited in Plaintiff's Motion for Preliminary Injunction in the above-captioned matter.

4.     I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would testify under oath as follows.

5. On August 11, 2021, I visited the following websites: https://sproutsocial.com/insights/facebook-stats-for-marketers/, a true and accurate capture of which is annexed hereto as Exhibit A(i), https://www.statista.com/statistics/264810/number-of-monthly-active-facebook-users-worldwide/, a true and accurate capture of which is annexed hereto as Exhibit A(ii), and found this information contained therein: Defendant is an Internet communications platform open to billions of people.

6. On August 11, 2021, I visited the following website: https://about.fb.com/news/2021/01/responding-to-the-violence-in-washington-dc/, a true and accurate capture of which is annexed hereto as Exhibit B, and found this information stated therein: A Facebook spokesman stated, "we are . . . removing President's Trump's video . . . because on balance we believe it contributes to rather than diminishes the risk of ongoing violence."

7. On August 11, 2021, I visited the following website: https://about.fb.com/news/2021/01/referring-trump-suspension-to-oversight-board/, a true and accurate capture of which is annexed hereto as Exhibit C, and found this information stated therein: Defendants banned Plaintiff from their platform. Facebook stated that "a US president actively foment[ed] a violent insurrection designed to thwart the peaceful transition of power."

8. On August 11, 2021, I visited the following: Exhibit D, and https://www.washingtonpost.com/technology/2021/01/07/trump-twitter-ban/, a true and accurate capture of which is annexed hereto as Exhibit D and found this information stated therein: On January 7, 2021, Facebook announced that it was suspending Plaintiff's account(s) indefinitely and that it would remove any posts by Users that included content in the voice of Donald J. Trump.

9. On August 11, 2021, I visited the following: Exhibit B, and found this information stated therein: Zuckerberg stated: "We believe the risks of allowing the President to continue to

use our service during this period are simply too great.  Therefore, we are extending the block we have placed on his Facebook and Instagram accounts indefinitely. . .”

10.     On August 11, 2021, I visited the following: Exhibit B, and found this information stated therein: Facebook announced that it would remove posts by other users that included President Trump speaking on any subject.

11.     On August 11, 2021, I visited the following: Exhibit C, and found this information stated therein: On January 21, 2021, Defendant referred its decision to suspend Plaintiff's account(s) to its Oversight Board.

12.     On    August    11,    2021,    I    visited    the    following    website: https://oversightboard.com/news/226612455899839-oversight-board-upholds-former-president-trump-s-suspension-finds-facebook-failed-to-impose-proper-penalty/, a true and accurate capture of which is annexed hereto as Exhibit E, and found this information stated therein: On May 5, 2021, the Oversight Board upheld the indefinite ban, ruling that Defendant's indefinite ban of Plaintiff had been imposed without any basis or standards in place.

13.     On    August    11,    2021,    I    visited    the    following    website: https://www.oversightboard.com/decision/FB-691QAMHJ, a true and accurate capture of which is annexed hereto as Exhibit F, and found this information stated therein: The text of the Oversight Board decision regarding Case Decision 2021-001-FB-FBR

14.     On    August    11,    2021,    I    visited    the    following    websites: https://www.facebook.com/DonaldTrump/, a true and accurate capture of which is annexed hereto as Exhibit G(i), https://www.instagram.com/realdonaldtrump/, a true and accurate capture of which is annexed hereto as Exhibit G(ii), and found this information stated therein: After Plaintiff

3

announced his presidential campaign in June of 2015, he used his Facebook page to speak directly to the public at large.

15. On August 11, 2021, I visited the following website: https://www.facebook.com/RepFrankPallone/posts/10158380719822732, a true and accurate capture of which is annexed hereto as Exhibit H, and found this information stated therein: On January 6, 2021, Rep. Frank Pallone, Jr., Chairman of the House Commerce Committee, posted to his Facebook wall that "Trump is inciting violence and spreading dangerous misinformation" and called on social media companies "to remove Trump from their platforms."

16. On August 11, 2021, I visited the following websites: https://wwwnc.cdc.gov/eid/article/27/2/20-3139_article, a true and accurate capture of which is annexed hereto as Exhibit I(i), https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/15/press-briefing-by-press-secretary-jen-psaki-and-surgeon-general-dr-vivek-h-murthy-july-15-2021/, a true and accurate capture of which is annexed hereto as Exhibit I(ii), https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/16/press-briefing-by-press-secretary-jen-psaki-july-16-2021/, a true and accurate capture of which is annexed hereto as Exhibit I(iii), and found this information stated therein: On July 15 and 16, 2021, White House Press Secretary Jennifer Psaki stated that the Administration is coordinating with social media companies to de-platform Users who disseminate what the Administration labels "COVID misinformation." The Centers for Disease Control ("CDC") have openly admitted this collaboration between social media companies and the CDC. The CDC has publicly stated that it acts with "social media" "partners" to "curb the spread of vaccine misinformation."

17. On August 11, 2021, I visited the following websites: https://www.facebook.com/MaxineWaters, a true and accurate capture of which is annexed hereto

as Exhibit J(i), https://www.youtube.com/watch?v=Mn1br0MQFG4&t=13s, a true and accurate capture of which is annexed hereto as Exhibit J(ii), https://www.facebook.com/TheWashingtonTimes/posts/10160049242344411, a true and accurate capture of which is annexed hereto as Exhibit J(iii), and found this information stated therein: On or about April 18, 2021, Rep. Maxine Waters called for protesters to "stay on the street" and "get more confrontational" against law enforcement during the trial of Minneapolis police officer Derek Chauvin for the murder of George Floyd.

18.   On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/watch/ayannapressley2/, a true and accurate capture of which is annexed hereto as Exhibit K(i), https://www.facebook.com/SeanHannity/videos/762519147647540, a true and accurate capture of which is annexed hereto as Exhibit K(ii), https://www.facebook.com/TheWashingtonTimes/posts/there-needs-to-be-unrest-in-the-streets-for-as-long-as-theres-unrest-in-our-live/10159345019819411/, a true and accurate capture of which is annexed hereto as Exhibit K(iii), and found this information stated therein: In August of 2020, Rep. Ayanna Pressley said there "needs to be unrest in the streets."

19.   On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/pelosiforcongress, a true and accurate capture of which is annexed hereto as Exhibit L(i), https://www.facebook.com/watch/NancyPelosi/, a true and accurate capture of which is annexed hereto as Exhibit L(ii), https://www.youtube.com/watch?v=3fsG5tyxRjw, a true and accurate capture of which is annexed hereto as Exhibit L(iii), and found this statement of fact truly and accurately stated therein: On June 14, 2018, Speaker of the House of Representatives

Nancy Pelosi stated: "I just don't even know why there aren't uprisings all over the country. Maybe there will be."

20.     On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/Americanvoicesthedailycaller/videos/424716394950732, a true and accurate   capture   of   which   is   annexed   hereto   as   Exhibit   M(i), https://www.washingtontimes.com/news/2019/mar/24/ilhan-omar-ciar-speech-tells-muslims-raise-hell/, a true and accurate capture of which is annexed hereto as Exhibit M(ii), and found this information stated therein: On March 26, 2019, Rep. Ilhan Omar told Muslims to "raise hell" and "make people uncomfortable."

21.     On August 11, 2021, I visited the following: Exhibit G(i), and found this information stated therein: Plaintiff established the Donald J. Trump Facebook page in April of 2009.

22.     On August 11, 2021, I visited the following: Exhibit G(i), and found this information stated therein: As of January 7, 2021, Plaintiff had approximately 35 million Followers.

23.     On   August   11,   2021,   I   viewed   the   following   website: https://www.facebook.com/DonaldTrump/videos/10155709993960725, a true and accurate capture of which is annexed hereto as Exhibit N, and found this statement of fact truly and accurately stated therein: On June of 2015, Plaintiff posted videos related to his campaign for President of the United States.

24.     On   August   11,   2021,   I   visited   the   following   website: https://nypost.com/2020/10/01/facebook-removes-216-trump-ads-about-biden-refugees-covid-19/, a true and accurate capture of which is annexed hereto as Exhibit O, and found this information stated therein: In June of 2020, Defendants removed hundreds of advertisements from Facebook

for remarks made by Plaintiff related to President Biden, refugees, and COVID-19, which Facebook censored on the grounds of violating "Personal Attributes."

25. On August 11, 2021, I visited the following websites: http://www.remedypublications.com/open-access/children-are-safe-to-return-to-school-6330.pdf, a true and accurate capture of which is annexed hereto as Exhibit P(i), https://www.businessinsider.com/facebook-removed-trump-post-containing-harmful-covid-misinformation-2020-8?op=1, a true and accurate capture of which is annexed hereto as Exhibit P(ii), https://www.bloomberg.com/news/newsletters/2020-08-07/facebook-fact-police, a true and accurate capture of which is annexed hereto as Exhibit P(iii), https://www.jpeds.com/article/S0022-3476(20)31023-4/fulltext, a true and accurate capture of which is annexed hereto as Exhibit P(iv), https://pediatrics.aappublications.org/content/pediatrics/early/2020/05/22/peds.2020-004879.full.pdf, a true and accurate capture of which is annexed hereto as Exhibit P(v), https://www.acsh.org/news/2020/11/18/covid-infection-fatality-rates-sex-and-age-15163, a true and accurate capture of which is annexed hereto as Exhibit P(vi), https://www.chicagotribune.com/coronavirus/ct-nw-trump-facebook-post-covid-19-20200806-j4xax5rrufbcvgje36egw23koq-story.html, a true and accurate capture of which is annexed hereto as Exhibit P(vii), and found this information stated therein: In August of 2020, Facebook censored a Fox News interview in which Plaintiff, while acknowledging instances of childhood deaths from COVID-19, stated that schools should reopen in part because children overall are "almost immune" to the disease.

26. On August 11, 2021, I visited the following website: https://about.fb.com/news/2021/06/facebook-response-to-oversight-board-recommendations-

trump, a true and accurate capture of which is annexed hereto as Exhibit Q, and found this information stated therein: On June 4, 2021 Defendants confirmed that Plaintiff's suspension from its Platform would last 2 full years beginning from the initial date of suspension, January 7, 2021.

27.    On August 11, 2021, I visited the following: Exhibit D, and found this information stated therein: The suspension prevents Plaintiff from uploading new content and disables his over 35 million followers from posting comments and thereby communicating with one another.

28.    On    August    11,    2021,    I    visited    the    following    website: https://www.wsj.com/articles/no-trump-isnt-guilty-of-incitement-11610303966,    a    true    and accurate capture of which is annexed hereto as Exhibit R and found quotations of Plaintiff's remarks made on January 6, 2021 at a political rally.

29.    On    August    11,    2021,    I    visited    the    following    websites: https://www.eff.org/deeplinks/2017/06/attack-net-neutrality-attack-free-speech,    a    true    and accurate    capture    of    which    is    annexed    hereto    as    Exhibit    S(i),    and https://law.stanford.edu/courses/media-technology-and-the-first-amendment/, a true and accurate capture of which is annexed hereto as Exhibit S(ii),  and found the following information stated therein: the Internet is "perhaps the most powerful mechanism available to a private citizen to make his or her voice heard."

30.    On    August    11,    2021,    I    visited    the    following    websites: https://www.washingtonpost.com/news/powerpost/paloma/the-technology-202/2019/04/09/the-technology-202-lawmakers-plan-to-ratchet-up-pressure-on-tech-companies-content-moderation-practices/5cabee50a7a0a475985bd372/, a true and accurate capture of which is annexed hereto as Exhibit    T(i),    https://www.foxnews.com/politics/rep-cedric-richmond-to-serve-in-biden-administration-resign-from-congress, a true and accurate capture of which is annexed hereto as

Exhibit T(ii), and found this information stated therein: In April of 2019, representatives social media companies were summoned before the House Judiciary Committee. Democrat Congressman Cedric Richmond stated that social media companies that they had "better" restrict what he and other members of Congress deemed dangerous or harmful content or, "we're going to make [regulation] swift, we're going to make it strong, and we're going to hold them very accountable." Democrat Congressman and Chairman of the House Judiciary Committee Jerrold Nadler stated: "Let's see what happens by just pressuring them."

31.    On   August   11,   2021,   I   visited   the   following   websites: https://thehill.com/policy/technology/438652-pelosi-warns-its-a-new-era-for-regulating-big-tech, a  true  and  accurate  capture  of  which  is  annexed  hereto  as  Exhibit  U(i)  and https://thehill.com/policy/finance/overnights/438667-on-the-money-cain-expected-to-withdraw-from-consideration-for-fed, a true and accurate capture of which is annexed hereto as Exhibit U(ii), and found this information stated therein: On or about April 10-11, 2019, Speaker of the House Nancy Pelosi warned that a "new era" of regulating social media was coming and that Section 230 could be "in jeopardy." Speaker Pelosi stated that "the era of self-regulation" in this country for social media companies is "probably" over, and that "[w]hen we come to 230, you really get their attention . . . it is not out of the question that that could be removed" because "for the privilege of 230, there has to be a bigger sense of responsibility on it."

32.    On   August   11,   2021,   I   visited   the   following   websites: https://www.youtube.com/watch?v=lArPEDS0GTA, a true and accurate capture of which is annexed hereto as Exhibit V(i), and https://www.axios.com/social-media-immunity-section-230-f15ac071-32e9-4e33-81e6-4c7ebadaea5e.html, a true and accurate capture of which is annexed hereto as Exhibit V(ii), and found this information stated therein: In June of 2019, Rep. Schiff

stated that "if the social media companies can't exercise a proper standard of care when it comes to a whole variety of fraudulent or illicit content, then we have to think about whether that immunity still makes sense. These are not nascent industries or companies that are struggling for viability; they're now behemoths, and we need them to act responsibly."

33.    On    August    11,    2021,    I    visited    the    following    websites: https://reason.com/2019/11/13/joe-biden-has-officially-joined-the-misguided-crusade-against-online-free-speech/, a true and accurate capture of which is annexed hereto as Exhibit W(i), and https://www.theverge.com/2020/1/17/21070403/joe-biden-president-election-section-230-communications-decency-act-revoke, a true and accurate capture of which is annexed hereto as Exhibit W(ii), and found this information stated therein: On or about November 11, 2019, now-President Biden stated "I, for one, think we should be considering taking away their exemption [under Section 230." In January of 2020, Biden announced plans for revoking Section 230 for "Zuckerberg and other platforms" if they continued "propagating falsehoods."

34.    On    August    11,    2021,    I    visited    the    following    websites: https://threader.app/thread/1272881670430035975, a true and accurate capture of which is annexed hereto as Exhibit X(i), and https://www.pressgazette.co.uk/nancy-pelosi-social-media-bosses-have-utterly-failed-to-combat-covid-19-disinformation/, a true and accurate capture of which is annexed hereto as Exhibit X(ii),  and found this information stated therein: In June of 2020, Speaker Pelosi stated that "social media executives have utterly failed to stop the spread of disinformation on their platforms."  She stated that Congress and others "must send a message to social media executives: You will be held accountable for your misconduct."

35.    On    August    11,    2021,    I    visited    the    following    websites: https://www.theverge.com/2020/7/29/21335706/antitrust-hearing-highlights-facebook-google-

amazon-apple-congress-testimony, a true and accurate capture of which is annexed hereto as Exhibit Y(i), https://www.congress.gov/event/116th-congress/house-event/LC65920/text?s=5&r=23, a true and accurate capture of which is annexed hereto as Exhibit Y(ii), https://www.rev.com/blog/transcripts/tech-ceos-senate-testimony-transcript-october-28 a true and accurate capture of which is annexed hereto as Exhibit Y(iii) and found this information stated therein: In July of 2020, the House Judiciary Committee questioned the CEOs of the largest Internet platforms, Facebook, Twitter, and Google/YouTube. At those hearings, Democrat Congressman Jamie Raskin stated that the social media companies of not taking strong enough action to block speech that he and other Democrat members of Congress deemed dangerous. (*Subcommittee on Antitrust, Commercial and Administrative Law of the Committee on the Judiciary, Investigation of Competition in Digital Markets at 68 (2020)*). In the committee report, Defendants expressly referred to the failure of social media companies to curb such content as evidence of the lack of meaningful competition in their markets. *Id*. at 67 ("because there is not meaningful competition, dominant firms face little financial consequence when misinformation and propaganda are promoted online").

36.     On August 11, 2021, I visited the following websites: apnews.com/article/technology-50e69e921c6699a3edbd730c12292436, a true and accurate capture of which is annexed hereto as Exhibit Z(i), https://judiciary.house.gov/news/documentsingle.aspx?DocumentID=3429, a true and accurate capture of which is annexed hereto as Exhibit Z(ii), and found this information stated therein: The report issued by the Judiciary Committee in early October of 2020 specifically found that the social media companies had monopoly power in their markets and proposed breaking up those companies under either existing federal antitrust law or under proposed reforms thereto.

37.     On     August     11,     2021,     I     visited     the     following     websites:
https://abcnews.go.com/Business/wireStory/ceos-social-media-giants-testify-senate-hearing-73433414, a true and accurate capture of which is annexed hereto as Exhibit AA(i), https://www.cnbc.com/2020/10/28/facebook-google-and-twitter-ceos-testify-in-congress-over-section-230-live-updates.html, a true and accurate capture of which is annexed hereto as Exhibit AA(ii), and https://www.c-span.org/video/?476686-1/social-media-content-moderation, a true and accurate capture of which is annexed hereto as Exhibit AA(iii), and found this statement of fact truly and accurately stated therein: In October of 2020, the Senate Commerce Committee held a hearing on the failure of social media companies to curb "misinformation" online, subpoenaing the CEOs of Facebook, Twitter, and Google to testify.  Democrat Congressmen threatened adverse legal consequences against the major social media platforms if they did not engage in "more content moderation."

38.     On August 11, 2021, I visited the following: Exhibit Y(iii), and found this information stated therein: At the October 28, 2020, hearing Sen. Edward Markey stated: "Mr. Zuckerberg, can you commit that, if the President goes on Facebook and encourages violence after election results are announced, that you will make sure your company's algorithms don't spread that content and you will immediately remove those messages?"

39.     On     August     11,     2021,     I     visited     the     following     website:
https://twitter.com/senblumenthal/status/1321552006541152257?lang=en, a true and accurate capture of which is annexed hereto as Exhibit BB, and found this information stated therein: Sen. Richard Blumenthal stated "Frankly, President Trump has broken all the norms, and he has put on your platforms potentially dangerous and lethal misinformation and disinformation. I want to know

whether you have a plan Facebook, Twitter, Google, a plan, if the President uses your platforms to say on the day of the election that there is rigging or fraud without any basis in evidence."

40. On August 11, 2021, I visited the following websites: https://www.rev.com/blog/transcripts/mark-zuckerberg-jack-dorsey-testimony-transcript-senate-tech-hearing-november-17, a true and accurate capture of which is annexed hereto as Exhibit CC(i), https://www.nexttv.com/news/senate-commerce-to-big-tech-change-is-coming, a true and accurate capture of which is annexed hereto as Exhibit CC(ii), https://www.facebook.com/watch/?v=374538930427440, a true and accurate capture of which is annexed hereto as Exhibit CC(iii), and found this information stated therein: On November 17, 2020, at a Senate committee hearing Sen. Blumenthal stated:

> "Change must come to social media. The fact is we meet today in an unprecedented and precarious moment in American history. Daily, the President shocks our conscience and shakes the very foundations of our democracy using a powerful megaphone, social media. The President has used this microphone to spread vicious falsehoods and an apparent attempt to overturn the will of voters. Every day, he posts new threats and conspiracy theories about mail-in ballots and voting machines, lies that contradict his own election security officials and his lawyers. He uses this megaphone potentially to block a peaceful transition of power. Now, Mr. Zuckerberg and Mr. Dorsey, you have built terrifying tools of persuasion and manipulation with power far exceeding the robber barons of the last Guilded [sic] Age."

41. On August 11, 2021, I visited the following website: https://www.wired.com/story/what-eu-gets-right-us-wrong-antitrust/, a true and accurate capture of which is annexed hereto as Exhibit DD, and found this information stated therein: At the November 17, 2020 hearing, Sen. Blumenthal stated: "I have urged, in fact, a breakup of tech giants because they've misused their bigness and power. . .  And indeed Section 230 reform, meaningful reform, including even possible repeal in large part because their immunity is way too broad, and victims of their harms deserve a day in court."

42.     On August 11, 2021, I visited the following: Exhibit T(ii), and found this information stated therein: On or about November 17, 2020, President-elect Biden announced that Congressman Cedric Richmond, would be joining the White House in January of 2021 to serve as a Senior Advisor to the President.

43.     On August 11, 2021, I visited the following: Exhibit H, and found this information stated therein: On January 6, 2021, Chairman of the House Commerce Committee, Rep. Frank Pallone, Jr., shared to his Facebook wall, "[e]nough is enough! Trump is inciting violence and spreading dangerous misinformation that is undermining our democracy and our way of life. Social media continues to amplify his anti-democratic rhetoric. It's time for @jack and Mark Zuckerberg to remove Trump from their platforms." Sen. Blumenthal stated that "[d]espite repeated red flags and demands for fixes, these companies failed to act until well after blood and glass lay in the halls of the Capitol. Yesterday's events will renew and focus the need for Congress to reform Big Tech's privileges and obligations."

44.     On  August   11,   2021,   I   visited   the   following   websites: https://kfor.com/news/washington-dc-bureau/lawmakers-urge-twitter-to-join-other-social-media-platforms-suspend-trumps-account-indefinitely/, a true and accurate capture of which is annexed hereto as Exhibit EE(i), and https://www.warner.senate.gov/public/index.cfm/2021/1/statement-of-u-s-sen-mark-r-warner-on-emergency-lending-under-the-cares-act, a true and accurate capture of which is annexed hereto as Exhibit EE(ii), and found this information stated therein: Sen. Markey requested that social media companies ban Plaintiff "for the safety of our country." On January 7, 2021, Sen. Mark Warner stated that Facebook's and Twitter's suspension of Plaintiff was "both too late and not nearly enough" given "the President's sustained misuse of their platforms to sow discord and violence."

45.     On      August      11,     2021,     I     visited     the     following     website:
https://slate.com/technology/2020/12/facebook-antitrust-ftc-breakup-whatsapp-instagram-
zuckerberg.html, a true and accurate capture of which is annexed hereto as Exhibit FF, and found
this information stated therein: By January of 2021, the Federal Trade Commission and the U.S.
Department of Justice were investigating social media companies for antitrust violations and had
launched an antitrust action against Defendant.

46.     On      August      11,     2021,     I     visited     the     following     website:
https://energycommerce.house.gov/newsroom/press-releases/ec-committee-announces-hearing-
with-tech-ceos-on-the-misinformation-and, a true and accurate capture of which is annexed hereto
as Exhibit GG, and found this information stated therein: In February of 2021, the House
Committee on Energy and Commerce summoned Big Tech CEOs to testify at a hearing on the
"misinformation and disinformation plaguing online platforms. In a joint public statement on
February 18, 2021, announcing the March hearing, the House committee chairs stated: "These
online platforms have allowed misinformation to spread, intensifying national crises with real-life,
grim consequences for public health and safety.  This hearing will continue the Committee's work
of holding online platforms accountable for the growing rise of misinformation and
disinformation".

47.     On      August      11,     2021,     I     visited     the     following     websites:
https://energycommerce.house.gov/committee-activity/hearings/hearing-on-disinformation-
nation-social-medias-role-in-promoting, a true and accurate capture of which is annexed hereto as
Exhibit   HH(i),   https://docs.house.gov/meetings/IF/IF16/20210325/111407/HHRG-117-IF16-
20210325-SD002.pdf, a true and accurate capture of which is annexed hereto as Exhibit HH(ii),
https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/

Opening%20Statement_Pallone_CAT-CPC_2021.3.25_0.pdf, a true and accurate capture of which is annexed hereto as Exhibit HH(iii), and found this information stated therein: On March 25, 2021, in his opening statement for the House Energy and Commerce Committee hearing Chairman Pallone stated:

> "Five years ago, . . . Facebook, Google, and Twitter were warned about – but simply ignored – their platforms' role in spreading disinformation. Since then, the warnings have continued, but the problem has only gotten worse. . . . It is now painfully clear that neither the market nor public pressure will force these social media companies to take the aggressive action they need to take to eliminate disinformation and extremism from their platforms. And, therefore, it is time for Congress and this Committee to legislate and realign these companies' incentives to effectively deal with disinformation . . . . It's crucial to understand that these companies aren't just mere bystanders – they are playing an active role in the meteoric rise of disinformation and extremism. . . . The Committee is going to consider all these options so that we can finally align the interests of these companies with the interests of the public and hold the platforms, and their CEOs, accountable when they stray. The time for self-regulation is over. It is time we legislate to hold you (i.e., Mr. Zuckerberg, Mr. Pichai, and Mr. Dorsey) accountable."

48.    On    August    11,    2021,    I    visited    the    following    websites: https://news.bloomberglaw.com/tech-and-telecom-law/house-to-confront-tech-ceos-over-online-spread-of-false-info, a true and accurate capture of which is annexed hereto as Exhibit II(i), https://www.klobuchar.senate.gov/public/index.cfm/2021/2/senator-klobuchar-introduces-sweeping-bill-to-promote-competition-and-improve-antitrust-enforcement, a true and accurate capture of which is annexed hereto as Exhibit II(ii), and found this information stated therein: In an email by Consumer Protection and Commerce Committee Chair Jan Schakowsky (D-Ill.), she wrote "this hearing is really a call to action.  We need to make these companies more accountable to the American people."  Rep. Schakowsky stated that this goal would be accomplished by her bill, the Online Consumer Protection Act, which would cut back social media companies' Section 230 immunity, provide for FTC enforcement, and allow consumer lawsuits. Sen. Amy Klobuchar, Chair of the Senate Judiciary antitrust committee, introduced legislation that would enable the

federal government to impose billion-dollar fines and liability on social media companies under federal antitrust law.

49.     On     August     11,     2021,     I     visited     the     following     website: https://www.cnn.com/2021/07/16/politics/biden-facebook-covid-19/index.htm,     a     true     and accurate capture of which is annexed hereto as Exhibit JJ, and found this information stated therein: On July 17, 2021, President Biden stated that social media companies for carrying so-called COVID-19 "misinformation" stated that they are "killing people" and demanded that they block carrying misinformation.

50.     On     August     11,     2021,     I     visited     the     following     website: https://www.reuters.com/article/us-health-coronavirus-white-house-exclus/exclusive-white-house-working-with-facebook-and-twitter-to-tackle-anti-vaxxers-idUSKBN2AJ1SW, a true and accurate capture of which is annexed hereto as Exhibit KK, and found this information stated therein: On February 20, 2021, an Administration official disclosed that the White House had been conducting "direct engagement" with "social media" companies, specifically including Google, to "clamp down" on so-called "COVID-19 misinformation." The Administration official stated: "Disinformation that causes vaccine hesitancy is going to be a huge obstacle to getting everyone vaccinated, and there are no larger players in that than the social media platforms. We are talking to them . . . so they understand the importance of misinformation and disinformation and how they can get rid of it quickly."

51.     On August 11, 2021, I visited the following: Exhibit I(ii), Exhibit I(iii), https://www.youtube.com/watch?v=2jpl0Jjh6No, a true and accurate capture of which is annexed hereto as Exhibit LL, and found this information stated therein: On July 15, 2021, when White House Press Secretary Jennifer Psaki stated that "White House senior staff were engaging with

'social media platforms' to combat the spread of 'misinformation specifically on the pandemic'"
and playing an active role in "flagging" content deemed by the Administration to be "problematic."
On July 16, 2021, Psaki stated that the Administration's goal was to have individuals who spread
COVID-19 misinformation "banned" from all social media platforms.

52.    On    August    11,    2021,    I    visited    the    following    website:
https://about.facebook.com/actions/preparing-for-elections-on-facebook/, a true and accurate
capture of which is annexed hereto as Exhibit MM and a true and accurate capture of which is
annexed hereto as and found this information stated therein: In Facebook's Preparing for Elections
page, it states "We add warnings to posts that are debunked by fact-checkers, so you can decide
what to read, trust, and share."

53.    On    August    11,    2021,    I    visited    the    following    websites:
https://www.facebook.com/hillaryclinton/, a true and accurate capture of which is annexed hereto
as exhibit NN(i), https://www.youtube.com/watch?v=XQesfLIycJw a true and accurate capture of
which    is    annexed    hereto    as    Exhibit    NN(ii),
https://www.facebook.com/hillreporter/posts/2272239189554561, a true and accurate capture of
which is annexed hereto as Exhibit NN(iii), and found this information stated therein:  Former
Secretary of State Hillary Clinton stated that:

> I believe he knows he's an illegitimate president. . . He knows, he knows that there were a
> bunch of different reasons why the election turned out the way it did. . . I know that he
> knows that this wasn't on the level.  I don't know that we'll know everything that happened,
> but clearly, we know a lot and we're learning more every day[.]

54.    On    August    11,    2021,    I    visited    the    following    websites:
https://www.youtube.com/watch?v=PSfAPr-C90c, a true and accurate capture that is annexed
hereto as Exhibit OO(i), https://www.facebook.com/TheHill/posts/10157536618379087, a true

and accurate capture that is annexed hereto as Exhibit OO(ii), and found this information stated

therein: Former Secretary of State Hillary Clinton stated that "Obviously, I can beat him again."

55.     On     August     11,     2021,     I     visited     the     following     website:

https://www.facebook.com/GlobalNews/videos/hillary-clinton-calls-donald-trump-a-

puppet/1156685937712503/, a true and accurate capture of which is annexed hereto as Exhibit PP

and found this information stated therein: Former Secretary of State Hillary Clinton stated that

"espionage attacks . . . come from the highest levels of the Kremlin" were "designed to influence"

the 2016 election.

56.     On     August     11,     2021,     I     visited     the     following     websites:

https://www.facebook.com/RepDonBeyer, a true and accurate capture of which is annexed hereto

as Exhibit QQ(i), and http://edition.cnn.com/TRANSCRIPTS/1701/17/acd.01.html, a true and

accurate capture of which is annexed hereto as Exhibit QQ(ii), and found this information stated

therein: Rep. Don Beyer stated "Yes, I treasure the peaceful transfer of power . . . Yes, I will

respect the constitutional prerogatives of the presidency. But I will not be part of normalizing or

legitimizing a man whose election may well have depended on the malicious foreign interference

of Russia's leaders . . . It would be the height of hypocrisy for me to pretend to be part of this

inaugural celebration."

57.     On     August     11,     2021,     I     visited     the     following     websites:

https://www.facebook.com/janschakowsky, true and accurate capture of which is annexed hereto

as Exhibit RR(i) and, https://www.facebook.com/janschakowsky/posts/10155447996607119, a

true and accurate capture of which is annexed hereto as Exhibit RR(ii), and found this information

stated therein: Rep. Jan Schakowsky stated "I have decided to join the growing group of my

colleagues who will not attend the inauguration in protest of a President who used bigotry, fear,

and lies to win an election that was tainted by foreign interference and voter suppression — and who intends to betray the interests of the ordinary working people who put him in office."

58.     On     August     11,     2021,     I     visited     the     following     websites: https://www.facebook.com/RepAdamSchiff, a true and accurate capture of which is annexed hereto as Exhibit SS(i), and https://www.facebook.com/watch/?v=1545646669111353, a true and accurate capture of which is annexed hereto as Exhibit SS(ii),  and found this information stated therein: Rep. Adam Schiff stated that "Our voting machines are too vulnerable."

59.     On     August     11,     2021,     I     visited     the     following:     Exhibit     SS(ii), https://www.facebook.com/CongresswomanSheilaJacksonLee, a true and accurate capture of which is annexed hereto as Exhibit TT, and found this information stated therein: Rep. Sheila Jackson Lee stated "Our resources have repeatedly demonstrated that ballot recording machines and other voting systems are susceptible to tampering."

60.     On     August     11,     2021,     I     visited     the     following:     Exhibit     SS(ii)     and https://www.facebook.com/RepValDemings/, a true and accurate capture of which is annexed hereto as Exhibit UU, and found this information stated therein: Rep. Val Demings stated "Even hackers with limited prior knowledge, tools, and resources are able to breach voting machines in a matter of minutes."

61.     On     August     11,     2021,     I     visited     the     following:     Exhibit     SS(ii)     and https://www.facebook.com/senatorronwyden, a true and accurate capture of which is annexed hereto as Exhibit VV, and found this information stated therein: Sen. Ron Wyden stated "The biggest seller of voting machines is doing something that violates cyber security 101 . . . Directing that you install remote access software, which would make a machine like that a magnet for

fraudsters and hackers. . . . 43 percent of American voters use voting machines that researchers have found have serious security flaws, including back doors."

62.     On   August   11,   2021,   I   visited   the   following:   Exhibit   SS(ii), https://www.facebook.com/RepTedLieu, a true and accurate capture of which is annexed hereto as   Exhibit   WW(i),   https://www.govinfo.gov/content/pkg/CHRG-114hhrg26124/html/CHRG-114hhrg26124.htm, a true and accurate capture of which is annexed hereto as Exhibit WW(ii), and found this information stated therein: Rep. Ted Lieu stated "These voting machines can be hacked quite easily. . . The workers were able to easily hack into the elections voting machines.  It was possible to switch votes.  In a close presidential election, they just need to hack one swing state or maybe one or two, or maybe just a few counties in one swing state."

63.     On   August   11,   2021,   I   visited   the   following:   Exhibit   SS(ii), https://theamericanreport.org/2021/04/26/absolute-interference-cybersecurity-experts-chinese-cyberwarfare-attacks-flipped-u-s-election-from-trump-to-biden-chinese-made-tcl-alcatel-phones-distributed-to-georgia-poll-managers-secretly-conn/, a true and accurate capture of which is annexed hereto as Exhibit XX(i), https://www.facebook.com/SenAmyKlobuchar, a true and accurate capture of which is annexed hereto as Exhibit XX(ii), and found this information stated therein: Sen. Amy Klobuchar stated "You could very easily hack into them.  It makes it seem like all these states are doing different things, but in fact, three companies are controlling that. . . I am very concerned that you could have a hack that finally went through."

64.     On August 11, 2021, I visited the following: Exhibit SS(ii), https://www.c-span.org/video/?446920-1/justice-homeland-security-officials-testify-election-security, a true and accurate   capture   of   which   is   annexed   hereto   as   Exhibit   YY(i), https://www.facebook.com/KamalaHarris, a true and accurate capture of which is annexed hereto

as Exhibit YY(ii), a true and accurate capture of which is annexed hereto as and found this information stated therein: Sen. Kamala Harris stated

> "There are a lot of states that are dealing with antiquated machines, right, which are vulnerable to being hacked" and "I actually held a demonstration for my colleagues here at the capital, um, where we brought in folks who before our eyes hacked election machines, um, those that are not, those that are being used in many states."

65.     On August 11, 2021, I visited the following: Exhibit SS(ii), https://www.govinfo.gov/content/pkg/CHRG-115shrg29480/html/CHRG-115shrg29480.htm, a true and accurate capture of which is annexed hereto as Exhibit ZZ(i), https://www.facebook.com/MarkRWarner, a true and accurate capture of which is annexed hereto as Exhibit ZZ(ii), and found this information stated therein: Sen. Mark Warner stated "We know how vulnerable now all our systems were.  We know, I know, hackathon that took place last year, where virtually every machine was broken into fairly quickly."

66.     On August 11, 2021, I visited the following websites: https://www.facebook.com/DailyCaller/videos/3692755494158709/, a true and accurate capture of which is annexed hereto as Exhibit AAA(i), https://www.governor.ny.gov/news/governor-cuomo-announces-clinical-advisory-task-force-and-vaccine-distribution-and, a true and accurate capture of which is annexed hereto as Exhibit AAA(ii), and found this information stated therein: On or about September 24, 2020, when he asked if the COVID-19 vaccine is safe, Former New York Governor Andrew Cuomo stated "Frankly, I'm not going to trust the federal government's opinion. And I'm not going to recommend to New Yorkers based on the federal government's opinion."

67.     On August 11, 2021, I visited the following: Exhibit AAA(i), and found this information stated therein: In October 2020, Vice President Kamala Harris stated that "If Donald Trump tells us to take [the vaccine], then I'm not taking it."

68.     On August 11, 2021, I visited the following: Exhibit AAA(i), a true and accurate capture of which is annexed here, and found this information stated therein:  When asked whether she would get a vaccine if it were released before the 2020 election, Kamala Harris stated "Well, I think that's gonna be an issue for all of us."

69.     On August 11, 2021, I visited the following: Exhibit AAA(i), a true and accurate capture of which is annexed here, and found this information stated therein: President-elect Joseph Biden stated "If and when the vaccine comes, it's not likely to go through all the tests . . . and trials that are needed to be done."

70.     On August 11, 2021, I visited the following: Exhibit AAA(i), a true and accurate capture of which is annexed here , and found this information stated therein: President-elect Joseph Biden stated "When we finally do, God willing, get a vaccine, who's gonna take the shot? Who's gonna take the shot? Are you gonna be the first one to say, 'sign me up.'"

71.     On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/joebiden, a true and accurate capture of which is annexed hereto as Exhibit  BBB(i),  https://www.facebook.com/RandPaulRevolution2024/videos/pres-biden-youre-not-gonna-get-covid-if-you-have-these-vaccinations/1142550672905600/,  a  true  and  accurate capture of which is annexed hereto as Exhibit BBB(ii), and found this information stated therein: President  Joseph  Biden  stated  that  "You're  not  going  to  get  COVID  if  you  have  these vaccinations." *Id.* at 9:20.

72.     On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/Vox, a true and accurate capture of which is annexed hereto as Exhibit CCC(i),  https://www.facebook.com/Vox/posts/1572364969617766, a true and accurate capture of   which   is   annexed   hereto   as   Exhibit   CCC(ii),   and

https://www.facebook.com/Vox/posts/1781644308689830, a true and accurate capture of which

is annexed hereto as Exhibit CCC(iii), and found this information stated therein: On June 26, 2020,

Vox posted a statement on its Facebook page that: "Coronavirus cases are increasing, but Black

Lives Matter protests may not be to blame. Here's why." That post contains a link to a Vox article

entitled: "The effect of Black Lives Matter protests on coronavirus cases, explained." On January

10, 2021, Vox posted a posted a statement on its Facebook page that: "Lawmakers may have been

exposed to the coronavirus during Wednesday's riot." That post contained a link to a Vox article

entitled: "The attack on the Capitol may have also been a super spreader event."

    73.    On    August    11,    2021,    I    visited    the    following    websites:

https://www.facebook.com/usatoday, a true and accurate capture of which is annexed hereto as

Exhibit DDD(i): https://www.usatoday.com/story/news/investigations/2020/06/19/so-far-george-

floyd-protests-not-behind-surges-coronavirus/3226033001/, a true and accurate capture of which

is     annexed     hereto     as     Exhibit     DDD(ii),     and

https://www.usatoday.com/story/news/health/2021/01/09/covid-update-capitol-riot-surge-new-

strain-chicago-schools/6599001002/, a true and accurate capture of which is annexed hereto as

Exhibit DDD(iii), and found this information stated therein: On June 19, 2020, USA Today

published an article entitled: "Coronavirus surges aren't linked to Black Lives Matter protests".

On January 11, 2021, USA Today published the statement that: "Wednesday's storming of the U.S.

Capitol will likely be a 'surge event' for the coronavirus, said Dr. Robert Redfield, director of the

Centers for Disease Control and Prevention."

    74.    On    August    11,    2021,    I    viewed    the    following    websites:

https://www.facebook.com/businessinsider, a true and accurate capture of which is annexed hereto

as Exhibit EEE(i), https://www.facebook.com/businessinsider/posts/10157812960379071, a true

and accurate capture of which is annexed hereto as Exhibit EEE(ii), and https://www.facebook.com/businessinsider/posts/10158394491834071, a true and accurate capture of which is annexed hereto as Exhibit EEE(iii), and found this information stated therein: on June 17, 2020, Business Insider posted a link to an article on its Facebook Wall entitled: "Don't blame Black Lives Matter protests for the spike in coronavirus cases across the US." On January 13, 2021, Business Insider posted a link to an article on its Facebook Wall entitled "The Capitol insurrection seems to have caused a super spreader event among lawmakers. Some Republicans refused to mask up."

75.     On August 11, 2021, I visited the following websites: https://www.facebook.com/washingtonpost, a true and accurate capture of which is annexed hereto as Exhibit FFF(i), https://www.facebook.com/washingtonpost/posts/10160072577672293/, a true and accurate capture of which is annexed hereto as Exhibit FFF(ii), and https://www.washingtonpost.com/health/protests-probably-didnt-lead-to-coronavirus-spikes-but-its-hard-to-know-for-sure/2020/06/30/d8179678-baf5-11ea-8cf5-9c1b8d7f84c6_story.html, a true and accurate capture of which is annexed hereto as Exhibit FFF(iii), and found this information stated therein: On July 1, 2020, The Washington Post publish an article entitled: "Protests probably didn't lead to coronavirus spikes, but it's hard to know for sure." On January 8, 2021, The Washington Post publish an article entitled: "Storming of Capitol was textbook potential coronavirus super spreader; experts say."

76.     On August 11, 2021, I visited the following websites: https://www.facebook.com/forbes, a true and accurate capture of which is annexed hereto as Exhibit GGG(i), https://www.facebook.com/forbes/posts/10158868486872509, a true and accurate capture of which is annexed hereto as Exhibit GGG(ii),

https://www.facebook.com/forbes/posts/10159211400842509, a true and accurate capture of which is annexed hereto as Exhibit GGG(iii), and found this information stated therein: On July 2, 2020, Forbes posted a link to an article it published on its Facebook wall entitled: "Research Determines Protests Did Not Cause Spike in Coronavirus Cases." July 2, 2020. On January 10, 2021, Forbes posted a link to an article it published on its Facebook wall entitled: "Lawmakers Sheltering During Capitol Riot May Have Been Exposed to Coronavirus."

77.     On     August     11,     2021,     I     visited     the     following     websites: https://www.facebook.com/cnn, a true and accurate capture of which is annexed hereto as Exhibit HHH(i), https://www.facebook.com/cnn/posts/10161011773976509, a true and accurate capture of     which     is     annexed     hereto     as     Exhibit     HHH(ii), https://www.facebook.com/cnn/posts/10161680694061509, a true and accurate capture of which is annexed hereto as Exhibit HHH(iii), and found this information stated therein: On June 24, 2020, CNN posted a link to an article it published on its Facebook wall entitled: "Black Lives Matter protests have not led to a spike in coronavirus cases, research says." On June 24, 2020, CNN posted a link to an article it published on its Facebook wall entitled: "38 Capitol Police officers test positive for COVID-19 after Capitol riot."

78.     On     August     11,     2021,     I     visited     the     following     websites: https://www.facebook.com/verge, a true and accurate capture of which is annexed hereto as Exhibit III(i), https://www.facebook.com/verge/posts/3147600291942959, a true and accurate capture     of     which     is     annexed     hereto     as     Exhibit     III(ii),     and https://www.theverge.com/2021/1/19/22239408/capitol-riot-covid-cases-superspreader-arrests, a true and accurate capture of which is annexed hereto as Exhibit III(iii), and found this information stated therein: On June 3, 2020 The Verge posted a link to an article it published on its Facebook

26

wall entitled: "Blaming protesters for COVID-19 spread ignores the bigger threats to health." On January 19, 2021, The Verge posted a link to an article it published on its Facebook wall entitled: "COVID-19 cases in the Capitol are only the tip of the iceberg."

79.   On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/APNews, a true and accurate capture of which is annexed hereto as Exhibit   JJJ(i),   https://apnews.com/article/health-us-news-ap-top-news-virus-outbreak-public-health-5a283df1b23ecc5c4b19803d320d0ebc, a true and accurate capture of which is annexed hereto as Exhibit JJJ(ii), and https://apnews.com/article/donald-trump-coronavirus-pandemic-riots-brian-moynihan-capitol-siege-cf140b90366051d29d90b6d52dc71ef9, a true and accurate capture of which is annexed hereto as Exhibit JJJ(iii) and found this information stated therein: On July 1, 2020, AP News published an article entitled: "Little evidence that protests spread coronavirus in US." On January 10, 2021, AP News published an article entitled: "Possible Virus Exposure for Lawmakers Sheltering During Riot" In that article, AP News reported that "House Lawmakers may have been exposed to someone testing positive for COVID-19 while they sheltered at an undisclosed location during the Capitol siege . . . ."

80.   On   August   11,   2021,   I   visited   the   following   websites: https://www.facebook.com/WSJ, a true and accurate capture of which is annexed hereto as Exhibit KKK(i), https://www.facebook.com/WSJ/posts/10160063768938128, a true and accurate capture of which is annexed hereto as Exhibit KKK(ii), https://www.wsj.com/articles/at-least-three-lawmakers-test-positive-for-covid-19-after-capitol-attack-11610473977, a true and accurate capture of which is annexed hereto as Exhibit KKK(iii), and found this information stated therein: On June 18, 2020, The Wall Street Journal posted a statement to its Facebook Wall: "Early data suggest that recent protests against racial injustices haven't led to a marked uptick in new

coronavirus cases.". On January 12, 2021, The Wall Street Journal published an article entitled: "At Least Three Lawmakers Test Positive for Covid-19 After Capitol Attack."

81.     On August 11, 2021, I visited the following websites: https://www.facebook.com/ABCNews, a true and accurate capture of which is annexed hereto as Exhibit LLL(i), https://www.facebook.com/ABCNews/posts/10159937555068812, a true and accurate capture of which is annexed hereto as LLL(ii), and https://www.facebook.com/ABCNews/posts/10160591451043812, a true and accurate capture of which is annexed hereto as Exhibit LLL(iii), and found this information stated therein: On June 22, 2020, ABC News posted a link to an article it published on its Facebook Wall entitled:: "Minnesota sees no rise in COVID-19 cases tied to protests: Health officials." On January 9, 2021, ABC News posted a link to an article it published on its Facebook Wall entitled: "Capitol Hill riot could prove to be COVID-19 super spreader event, experts say."

82.     On August 11, 2021, I visited the following websites: https://www.facebook.com/cnbc, a true and accurate capture of which is annexed hereto as Exhibit MMM(i), https://www.cnbc.com/2020/06/29/house-gop-leader-suggests-without-evidence-that-protests-are-driving-up-coronavirus-cases.html, a true and accurate capture of which is annexed hereto as Exhibit MMM(ii), https://www.facebook.com/cnbc/posts/10159801464649369, a true and accurate capture of which is annexed hereto as Exhibit MMM(iii), and found this information stated therein: On June 22, 2020, CNBC News posted a link to an article it published on its Facebook Wall entitled: "House GOP leader suggests without evidence that protests are driving up coronavirus cases." On January 11, 2021 CNBC News posted a link to an article it published on its Facebook Wall entitled: "Covid killing nearly 3,000 in U.S. every day as CDC warns of 'surge event' from Capitol riots."

83.    On   August   11,   2021,   I   visited   the   following   websites:
https://drive.google.com/file/d/1Jyfn4Wd2i6bRi12ePghMHtX3ys1b7K1A/view,   a   true   and
accurate   capture   of   which   is   annexed   hereto   as   Exhibit   NNN(i),
https://www.cnn.com/2020/06/05/health/health-care-open-letter-protests-coronavirus-
trnd/index.html, a true and accurate capture of which is annexed hereto as Exhibit NNN(ii),  and
https://www.uwmedicine.org/specialties/allergy-immunology,  a  true  and  accurate  capture  of
which is annexed hereto as Exhibit NNN(iii), https://www.facebook.com/UCSFMedicalSchool,  a
true   and   accurate   capture   of   which   is   annexed   hereto   as   Exhibit   NNN(iv),
https://www.facebook.com/DavidGeffenSchoolofMedicineUCLA, a true and accurate capture of
which       is       annexed       hereto       as       Exhibit       NNN(v),
https://www.facebook.com/UCSanDiegoSchoolofMedicine, a true and accurate capture of which
is annexed hereto as Exhibit NNN(vi),  https://www.facebook.com/CUMedicine/,  a true and
accurate   capture   of   which   is   annexed   hereto   as   Exhibit   `NNN(vii),
https://www.facebook.com/JohnsHopkinsSchoolOfMedicineAdmissions,   a   true   and   accurate
capture     of     which     is     annexed     hereto     as     Exhibit     NNN(viii),
https://www.facebook.com/NorthwesternFeinberg/,  a  true  and  accurate  capture  of  which  is
annexed hereto as Exhibit NNN(ix), https://www.facebook.com/BUMedicine, a true and accurate
capture of which is annexed hereto as Exhibit NNN(x), and found this information stated therein:
In June of 2020, One Thousand (1,000) health and medical professionals, including individuals
from elite medical schools such as Boston University and Johns Hopkins University, penned a
letter expressing concern about the risks associated with the spread of the virus during the protests
of that summer.  The letter suggested that the risks of spreading the virus should be weighed against
the benefits of public assembly for important causes. Over sixty (60) of those signatories were

associated with the University of Washington, and it has been reported that many of the signatories were members of the University of Washington's Department of Allergy and Immunology. Many other signatories were also associated with medical schools, including but not limited to the University of California San Francisco, the University of California Los Angeles, the University of California San Diego, the University of Colorado, Johns Hopkins University, Northwestern University, and Boston University.

84.      On August 11, 2021, I visited the following: Exhibits J(i), L(i), L(ii), NN(i), https://www.facebook.com/madonna, a true and accurate capture of which is annexed hereto as Exhibit OOO(i), https://www.youtube.com/watch?v=87uZ_atahP8, a true and accurate capture of which is annexed hereto as Exhibit OOO(ii), https://www.youtube.com/watch?v=KKzSJzqnsuU, a true and accurate capture of which is annexed hereto as Exhibit OOO(iii), https://www.facebook.com/snoopdogg/ a true and accurate capture of which is annexed hereto as Exhibit OOO(iv), https://www.youtube.com/watch?v=nnt0XvM3bLo, a true and accurate capture of which is annexed hereto as Exhibit OOO(v), https://www.deccanherald.com/content/640804/snoop-dogg-stands-over-trumps.html, a true and accurate capture of which is annexed hereto as Exhibit OOO(vi), https://www.youtube.com/watch?v=3fsG5tyxRjw, a true and accurate capture of which is annexed hereto as Exhibit OOO(vii), https://www.youtube.com/watch?v=tJCDe7vdFfw, a true and accurate capture of which is annexed hereto as Exhibit OOO(viii), https://www.facebook.com/corybooker, a true and accurate capture of which is annexed hereto as Exhibit OOO(ix), https://www.youtube.com/watch?v=tYsh1G4B92Y, a true and accurate capture of which is annexed hereto as Exhibit OOO(x), https://www.youtube.com/watch?v=CLpPWiyilqQ, a true and accurate capture of which is

annexed hereto as Exhibit OOO(xi), https://www.youtube.com/watch?v=ZzXS8r4SpnQ, a true and accurate capture of which is annexed hereto as Exhibit OOO(xii), https://www.youtube.com/watch?v=5H1wQwlVMWY, a true and accurate capture of which is annexed hereto as Exhibit OOO(xiii), https://www.youtube.com/watch?v=ZYAe6-JIT6s, a true and accurate capture of which is annexed hereto as Exhibit OOO(xiv), and https://www.facebook.com/KamalaHarris/posts/10158943194687923, a true and accurate capture of which is annexed hereto as Exhibit OOO(xv), and found this information stated therein: On or about January 22, 2017, Madonna, stated that she has, "thought an awful lot about blowing up the White House." In 2017, Rep. Maxine Waters stated that she would "go and take Trump out tonight" In 2017, Kathy Griffin held up a replica of Plaintiff Donald J. Trump's severed head. In a music video from March of 2017, Snoop Dogg shot a clown version of Donald Trump. In November of 2017, Snoop Dogg featured an album cover that depicted the image of a corpse with a tag on the foot that said Trump. On or about June 14, 2018, Rep. Nancy Pelosi stated "I just don't even know why there aren't uprising all over the country. On or about June 23, 2018, Rep. Maxine Waters urged people to "create a crowd, and you push back on them, and you tell them they are not welcome," when they see members of the Trump Administration in restaurants, department stores, or gas stations. On or about July 25, 2018, Sen. Corey Booker, urged people to "go to the Hill today, please, get up in the face of some Congresspeople." On or about October 9, 2018, Former Secretary of State Hillary Clinton stated that "You cannot be civil with a political party that wants to destroy what you stand for, what you care about." On or about July 23, 2019, Sen. Corey Booker stated that, "my testosterone sometimes makes me want to feel like punching him [Trump]." On or about August 23, 2019, Rep. Nancy Pelosi stated that "you have to be ready to throw a punch for the children." On or about March 4, 2020, Sen. Charles Schumer stated that "I

want to tell you, Gorsuch. I want to tell you, Kavanaugh. You have released the whirlwind, and you will pay the price:" After rioters burned the Third Precinct of the Minneapolis Police Department, then Sen. Kamala Harris asked people to donate to an online platform that would assist in the release of those charged with criminal offenses in Minnesota.

85. On August 11, 2021, I visited the following websites: https://www.forbes.com/sites/jemimamcevoy/2020/06/08/14-days-of-protests-19-dead/?sh=156c6abc4de4, a true and accurate capture of which is annexed hereto as Exhibit PPP(i), https://nypost.com/2020/06/08/more-than-700-officers-injured-in-george-floyd-protests-across-us/, a true and accurate capture of which is annexed hereto as Exhibit PPP(ii), https://apnews.com/article/american-protests-us-news-arrests-minnesota-burglary-bb2404f9b13c8b53b94c73f818f6a0b7, a true and accurate capture of which is annexed hereto as Exhibit PPP(iii): https://www.axios.com/riots-cost-property-damage-276c9bcc-a455-4067-b06a-66f9db4cea9c.html, a true and accurate capture of which is annexed hereto as Exhibit PPP(iv): https://www.usatoday.com/story/news/factcheck/2020/09/01/fact-check-kamala-harris-said-protests-arent-going-stop/5678687002/, a true and accurate capture of which is annexed hereto as PPP(v), and found this information stated therein:  On or around June 18, 2020, the Black Lives Matter riots had increased in size  with at least Nineteen (19) deaths, over Seven Hundred (700) injured police officers, over Ten Thousand (10,000) arrests, and over $1,000,000,000.00 in insurance claims for damage (the largest such claim in United States history). Sen. Kamala Harris stated that the protests are "not gonna stop before Election Day in November, and they're not gonna stop after Election Day. Everyone should take note of that, on both levels, that they're not going to let up – and they should not. And we should not[.]"

86.     On August 11, 2021, I visited the following:  Exhibit OOO(xv), and found this information: Vice President Harris posted a message to her Facebook wall directing  followers to contribute to the Minnesota Freedom Fund.

87.     On    August    11,    2021,    I    visited    the    following    websites: https://apnews.com/article/virus-outbreak-ap-top-news-race-and-ethnicity-id-state-wire-or-state-wire-b57315d97dd2146c4a89b4636faa7b70, a true and accurate capture of which is annexed hereto as Exhibit QQQ(i), https://www.opb.org/news/article/portland-federal-courthouse-fence-taxpayer-cost/, a true and accurate capture of which is annexed hereto as Exhibit QQQ(ii), https://pamplinmedia.com/pt/9-news/481167-388210-portland-protest-arrests-top-out-at-nearly-1000-for-now, a true and accurate capture of which is annexed hereto as Exhibit QQQ(iii), https://www.newsweek.com/portland-protesters-damage-cost-federal-buildings-1566821, a true and accurate capture of which is annexed hereto as Exhibit QQQ(iv), and https://www.opb.org/article/2021/03/12/protesters-vandalize-portlands-federal-courthouse-again/, a true and accurate capture of which is annexed hereto as Exhibit QQQ(v), and found this information stated therein: It was reported that In 2020 the city of Portland, Oregon, had over 100 nights of protests, with by arrests, vandalism, and the death of a supporter of President Donald Trump. The Mark O. Hatfield federal courthouse was a focus of these protests and required the installation of a $200,000.00 security fence. By September 2020, nearly One Thousand (1,000) people had been arrested. Estimates to repair the damage done to the courthouse and nearby federal buildings in Portland have been estimated to be approximately $2,000,000.00. In March of 2021, it was reported that several days after the security fence around the federal courthouse was removed, protestors returned, smashing windows and spray-painting parts of the stone façade.

88.    On    August    11,    2021,    I    visited    the    following    websites:
https://www.vox.com/recode/2020/7/21/21332653/portland-oregon-protests-feds-dhs-
youtubelivestream?fbclid=IwAR1TEpZjMzriaPFagNzil2ufJuICVQlI0FQwBnybcy3mCut4EoJt
Y3TP7jM, a true and accurate capture of which is annexed hereto as Exhibit RRR(i)
https://www.koin.com/news/protests/portland-protest-night-100-pioneer-courthouse-square-
waterfront-park-09052020/, a true and accurate capture of which is annexed hereto as Exhibit
RRR(ii) and found this information stated therein:  By late July, there had been over fifty (50)
consecutive nights of protests in Portland. One channel on Defendant's platform provided
livestreamed footage of the nightly protests. This channel provided livestreams of the protests near
the federal courthouse into the fall of 2020.

89.    On    August    11,    2021,    I    visited    the    following    website:
https://transparency.fb.com/features/approach-to-elections/ a true and accurate capture of which is
annexed hereto as Exhibit SSS and found this information stated therein: Defendant's "Our
Approach to Elections Page" states "[w]e remove content that attempts to interfere with voting,
such as incorrect voting information, and we remove calls for electoral violence."

90.    On    September    15,    2021,    I    visited    the    following    website:
https://www.wsj.com/articles/facebook-files-xcheck-zuckerberg-elite-rules-
11631541353?mod=hp_lead_pos7, a true and accurate capture of which is annexed hereto as
Exhibit TTT and found this information stated therein: Defendant has admitted said inconsistent
treatment with its confirmation of the existence of the XCheck program. Defendant admitted that
it provided disparate treatment given to certain "high-profile" Users who were exempt from some
or all of Facebook's standards in a previously undisclosed whitelisting program known as
"XCheck."

91.     On     September     15,     2021,     I     visited     the     following     website: https://www.businessinsider.com/trump-facebook-posts-labeled-as-misinformation-about-vote-count-2020-11?op=1, a true and accurate capture of which is annexed hereto as Exhibit UUU and found this information stated therein: The article reported that Plaintiff had content removed or flagged for posts allegedly in violating Defendant's standards regarding election-related content.

92.     On     September     15,     2021,     I     visited     the     following     website: https://www.facebook.com/help/230764881494641, Exhibit VVV and found this information stated therein: Defendant's policies state that they prohibit content in contradiction of the standards promulgated by the World Health Organization ("WHO"). "Public health authorities, such as the WHO, say there is currently nothing that can guarantee recovery or guarantee the average person will not get COVID-19. We have also heard from public health authorities that if people thought there was a guaranteed cure or prevention for COVID-19, that could lead them to take incorrect safety measures, ignore appropriate health guidance, or even attempt harmful self-medication. This is why we don't allow false claims about how to cure or prevent COVID-19." … "Similarly, for the duration of the COVID-19 public health emergency, we remove content that repeats other false health information, primarily about vaccines, that are widely debunked by leading health organizations such as the World Health Organization (WHO) and the Centers for Disease Control and Prevention (CDC)."

93.     On     September     15,     2021,     I     visited     the     following     website: https://transparency.fb.com/policies/community-standards/violence-incitement/?from=https%3A%2F%2Fwww.facebook.com%2Fcommunitystandards%2Fcredible_violence, Exhibit WWW and found this information stated therein:  Defendant states in its Violence and Incitement Policy to prohibit content when it incites or facilitates serious violence.

Executed on this 17th day of September 2021, in Greenwich, Connecticut.

_____
Samantha Ferrara

Date: September ___, 2021

Signature of Counsel

/s/ Matthew Lee Baldwin
Matthew L. Baldwin, Esq.
Florida Bar No. 27463
VARGAS GONZALEZ
BALDWIN DELOMBARD, LLP
815 Ponce De Leon Blvd., Third Floor
Coral Gables, FL  33134
Telephone: 305.631.2528
E-mail: Matthew@VargasGonzalez.com
E-service: Service8@VargasGonzalez.com

Of Counsel

JOHN P. COALE (Pro Hac Vice)
2901 Fessenden St. NW
Washington, D.C. 20008
Telephone: (202) 255-2096
E-mail: johnpcoale@aol.com

JOHN Q. KELLY (Pro Hac Vice)
E-mail: jqkelly@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

MICHAEL J. JONES (Pro Hac Vice)
E-mail: mjones@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

RYAN S. TOUGIAS (Pro Hac Vice)
E-mail: rtougias@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

/s/ Carlos Trujillo
Carlos Trujillo, Esq.
Florida Bar No. 42697
VARGAS GONZALEZ
BALDWIN DELOMBARD, LLP
815 Ponce De Leon Blvd., Third Floor
Coral Gables, FL  33134
Telephone: 305.631.2528
E-mail: Ctrujillo@VargasGonzalez.com
E-service: Service8@VargasGonzalez.com

RICHARD P. LAWSON, ESQ.
Florida Bar No. 165085
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
(813) 221-9600 Telephone
(813) 221-9611 Fax
Primary Email: rlawson@gbmmlaw.com
Secondary
Email:  litigation@gbmmlaw.com

LUIS MARTINEZ-MONFORT, ESQ.
Florida Bar No. 0132713
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
(813) 221-9600 Telephone
(813) 221-9611 Fax
Primary Email: rlawson@gbmmlaw.com
Secondary Email: litigation@gbmmlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and accurate copy of the foregoing Declaration of Samantha Ferrara was served by CM/ECF filing systems on September ____, 2021, on all counsel or parties of record on the service list.

_____*/s/ Matthew Baldwin*_____
Fla. Bar No.: 27463
Email: Matthew@VargasGonzalez.com
Vargas Gonzalez Baldwin Delombard, LLP
815 Ponce De Leon Blvd., Third Floor
Coral Gables, Florida 33134
