Case 1:21-cv-22440-KMW Document 94 Entered on FLSD Docket 11/16/2021 Page 1 of 7

FILED BY_____PG_____D.C.
NOV 16 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams. Movant David Andrew Christenson November 2nd, 2021

Motion for Leave to File – 9th Memorandum – Social Media profits from Violence at their own expense. Social Media refuses to embrace peaceful **solutions** like mine.

[The pleading started out as my comments on this Headline – *"Almost one in three of Republicans say violence may be necessary to 'save' US - Troubling statistics show the post-election rancor that led to the US Capitol attack on 6 January is still very much in place."* I digressed, sorry.]

NO ONE, AND I MEAN NO ONE, WANTS PEACEFUL **SOLUTIONS** LIKE MINE. (There is no money in it.)

### WE ARE A NATION THAT CENSORS KNOWLEDGE THAT WILL CREATE VIABLE SOLUTIONS.

Look at what is taking place with Congress and Biden's *"Build Back Better"* budget. Viable solutions are not being discussed. All of us will pay a steep price for "Build Back Better," but our children and grandchildren will not recover from it. Do you want to leave your children and grandchildren the 30 trillion-dollar debt that we currently have and that will blossom into a 50 trillion-dollar debt in the next ten years?

Saw this article yesterday. The article and the survey are crap. The "Survey Methodology" does not discuss how the questions were formed and in what order. Public Religion Research Institute is left leaning and is very ideological. How do I explain this? The survey creates contentiousness. They want a perfect world through civil war. The questions create a negativity. The survey is a political tool and propaganda. They are trying to create opinions. Everyone wants to tell us what is wrong, and no one wants to tell us what is right. Why not do surveys about **solutions**: options for abortion, LGBQ rights, or police brutality? Build a consensus. My next problem with the survey is that they classify people as Republicans, Independents or Democrats. [I believe most of us (95%) agree on the basics of life. Food, Shelter, Safety, Medical Care, etc. I call myself a Socialist Republican (51%) and a Capitalist Democrat (49%). I honestly believe that the majority of Americans are like me, but we have a leadership void. Joe Biden has been running for office or in office for fifty plus years. He has been on the government dole for forty-five plus years and he calls himself a Capitalist and Social Media allows it. He became rich.

The following was taken from the Declaration of Independence.

*"But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security."*

Can you envision a Civil War? Can you envision ratifying the Confederate Constitution but without slavery? It will be an option. We might live to see the U.S. split into two countries. There are movements at all levels of government to break away from their state, country, and city. These are seeds of destruction that will fester.

PRRI - 2021 American Values Survey Total = 2,508 online September 16–29, 2021
https://www.prri.org/wp-content/uploads/2021/10/PRRI-Oct-2021-AVS_Topline.pdf

Q34d. Because things have gotten so far off track, true American patriots may have to resort to violence in order to save our country (sidenote: the questions about Afghanistan were grotesquely political. As an ex-Air Force Officer and Pilot, I can tell you we won the lottery by not having a C-17 shot down. How would Americans have felt about Biden then? It was Trump that made the decision to leave Afghanistan and he entered into an agreement to do so.)

My comments: What a terrible question. *"So far off track"* is a statement of fact and yet their own survey disagrees. *"True American Patriots"* could mean a number of things or people. Remember the United States of America was founded by Terrorists and Violence. After they won they became known as Patriots. Why does this country play on people's fear?

Conclusion: All of us are pushing for violence both directly and indirectly. *"Defund the Police"* is a perfect example. Social Media has made a fortune from *"Defund the Police."* Look at the murder rates in the cities where *"Defund the Police"* is popular. Social Media is losing their client base.

The Guardian - Adam Gabbatt – November 1st, 2021 – Headline - *Almost one in three of Republicans say violence may be necessary to 'save' US - Troubling statistics show the post-election rancor that led to the US Capitol attack on 6 January is still very much in place.*
https://www.theguardian.com/us-news/2021/nov/01/republicans-violence-save-us-poll

PRRI (Public Religion Research Institute) is a nonprofit, nonpartisan organization dedicated to conducting independent research at the intersection of religion, culture, and public policy.
https://www.prri.org/about/
Competing Visions of America: An Evolving Identity or a Culture Under Attack? Findings from the 2021 American Values Survey PRRI Staff, 11.01.2021
https://www.prri.org/research/competing-visions-of-america-an-evolving-identity-or-a-culture-under-attack/

Attachment 1: The United States Supreme Court and the Katrina Virus (*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*)

- *An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government.*

- *This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the*

*protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.*

Attachment 2: Docketed pleading: THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 2nd, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 2nd, 2021.

David Andrew Christenson

# 4:21cv1774

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021

Amicus - 101 – August 12th, 2021

United States Courts
Southern District of Texas
FILED
AUG 16 2021
Nathan Ochsner, Clerk of Court

### THE MIRACLE, AND IT IS SO SIMPLE

(I beg you to let me retire – I cannot retire until the narrative is changed.)

## THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.

## WHERE THE SUPREME COURT GOES, MANKIND GOES.

Change the narrative by ordering a response. This is about Mankind. (It is not about me, and I do not want it to be about me. IT HAS TO BE ABOUT CHANGING THE NARRATIVE AND SAVING MANKIND.)

My prevailing without the Supreme Court will result in a violent revolution. My writings will be used against the Supreme Court and that is not a good thing. (Pray that I do not die before the narrative is changed.)

The Supreme Court is *"legitimate."* If we are to bring about peaceable change then it must come from the Supreme Court. This is an opportunity to hit the *"reset"* button.

I know we disagree, but I believe the Preamble is the Constitution and (We) *"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

The agencies within the government are not only lying to the American people but to each other. The White House was livid this week when they found out that on May 1st, 2021, the CDC stopped tracking breakthrough infections for those that had been vaccinated.

What will happen if the American people find out the vaccines do not work?

What happens if the Messenger vaccines instruct the vaccinated immune systems **to not** fight the COVID19 Virus? There is empirical evidence that this is happening.

Americans will not have their immune systems because of Censorship.

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 12th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 12th, 2021.

On File

---

David Andrew Christenson

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL
2 NOV 2021 PM 2  FOREVER / USA

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

33128-181038

USMS INSPECTED    RECEIVED    NOV 16 2021 2:06 PM