FILED BY PG D.C.

NOV 16 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson (1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th, 2021.

David Andrew Christenson

Trump v. Thompson (1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File: Trump has waived Executive Privilege

Attachment 1 was filed in the following three cases: Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Attachment 2 was filed in the following three cases: Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

I have attached just the Trump v. YouTube pleading. Identical pleadings were filed in Trump v. Facebook and Trump v. Twitter.

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Judge
Movant David Andrew Christenson Judge James Donato

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson

Godspeed - Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th, 2021.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL  325
4 NOV 2021   PM 1   L



Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

33128-181038

**USMS INSPECTED**   **RECEIVED**



NOV 16 2021
2:06 PM