FILING FEE
PAID __NO__
In Forma Pauperis __NO__
Angela E. Noble, Clerk

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson (Movant) - Court of Appeals No.: 21-XXXXX – October 22nd, 2021

FILED BY __PG__ D.C.
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Notice of Appeal

Case titled: Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson

Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Williams.

It must be noted that My Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join - have been docketed and responses have been ordered in the other two cases.
Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg Movant David Andrew Christenson October 14th, 2021
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson October 14th, 2021

Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Certificate of Service

I hereby certify that on October 22nd, 2021, I filed the foregoing with the Clerk of SDFL and 11th Circuit. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 22nd, 2021.

David Andrew Christenson

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson (Movant) - Court of Appeals No.: 21-XXXXX – October 22nd, 2021

Notice of Appeal

Case titled: Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson

Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Williams.

It must be noted that My Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join - have been docketed and responses have been ordered in the other two cases.
Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg Movant David Andrew Christenson October 14th, 2021
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson October 14th, 2021

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 22nd, 2021, I filed the foregoing with the Clerk of SDFL and 11th Circuit. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 22nd, 2021.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550



PENSACOLA FL 325
27 OCT 2021 PM 1 L

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128



USMS INSPECTED   RECEIVED   NOV 15 2021 8:57 AM