FILING FEE
PAID NO
In Forma Pauperis NO
Angela E. Noble, Clerk

FILED BY PG D.C.
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 22nd, 2021

## Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Williams.

It must be noted that My Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join - have been docketed and responses have been ordered in the other two cases.
Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg Movant David Andrew Christenson October 14th, 2021
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson October 14th, 2021

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

## Certificate of Service

I hereby certify that on October 22nd, 2021, I filed the foregoing with the Clerk. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 22nd, 2021.

David Andrew Christenson

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 22nd, 2021

## Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Williams.

It must be noted that My Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join - have been docketed and responses have been ordered in the other two cases.
Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg Movant David Andrew Christenson October 14th, 2021
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson October 14th, 2021

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

## Certificate of Service

I hereby certify that on October 22nd, 2021, I filed the foregoing with the Clerk. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 22nd, 2021.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

27 OCT 2021 PM 1 L



Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716