1:21-cv-22440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please **do not Seal this pleading**.

August 18th, 2016

You must have full and honest disclosure in order for there to be an equitable settlement. This settlement does not have full and honest disclosure. The plaintiffs have suffered and will continue to suffer. The environment has suffered and will continue to suffer (The Gulf of Mexico is dying). The potential damage cannot be calculated but worst case it could be the genocide of mankind. The starting point has to be what caused the explosion. The deceptive use of what failed should not be tolerated. What caused the explosion happened away from the oil rig and traveled to the rig and up the riser at supersonic speed. The settlement agreement is based on fraud with the three most important (criminal) frauds being what was leaked into the environment, why the need for Corexit and what caused the explosion. The United States of America and the United Kingdom are partners with BP in this criminal conspiracy to defraud and ultimately to commit genocide.

The connection between the spill and Hurricane Katrina must be disclosed as well. The triggering event for the explosion was inadvertently and negligently put in place during Hurricane Katrina. I have coined the term: Katrina Virus, which is a compilation term for all the viruses, bacteria, fungi, etc. that leaked into the environment. We had Hurricane Katrina which spread the Katrina Virus into the atmosphere and the BP Oil Spill which spread the Katrina Virus into the oceans. You could not have picked a better way to murder mankind. Invent a chemical warfare agent and disperse it throughout the world via the oceans and the atmosphere. Terrorists could not have done a better job. The United States of America is the greatest terrorist organization in the world.

(What I don't understand is why the attorneys have accepted a dollar amount for their lives and the lives of their families. Why has the court accepted such a horrific settlement whose consequences are mortality?)

This is much bigger than just the settlement. Everyone has a God Given and a Constitutional Right to know the truth. This truth is far more important than any cash payout. The most important and number one item in the settlement agreement must be the truth about what happened.

The attorneys for the plaintiffs have committed malpractice. The contingency fees that the attorneys are receiving has blinded them. Thousands of claimants are suffering and receiving less than fare settlements because of what was negotiated. Thousands of claimants have given up. This process has to be corrected and simplified. The process must be equitable and timely. Our losses continue to increase every day.

The attorneys as officers of the court failed in their responsibilities to the court, thus irreparably harming the integrity of the court.

My wife and I have cause and standing as individuals, business owners and inhabitants of earth. We are members of this class action complaint. Whoever agreed to the settlement on our behalf as well as others like us has committed malpractice.

There are tens of thousands of us who have not received settlements and who probably won't even though we have been negatively impacted by the spill. In simplest terms all of mankind should receive a settlement. The Gulf Stream has carried the contaminants around the world thus impacting all of mankind.

We are running out of time. You and I will probably not be saved but what about your children and grandchildren?

Without the truth we will fail and thus mankind will cease to exist.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

# PRIORITY MAIL EXPRESS®

**UNITED STATES POSTAL SERVICE®**

USPS TRACKING #: EJ 857 483 015 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)
Box 9063
Miami FL 32550 [?]
32559

TO: (PLEASE PRINT)
Clerk
Federal Court
400 North Miami Ave
Room 8N09
Miami FL
33128

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 32459
- Date Accepted: 11-17-21
- Time Accepted: 8:58 AM
- Weight: 1 lb 9.20 oz
- Scheduled Delivery Date: 11-18-21
- Scheduled Delivery Time: 3:00 PM
- Postage: $27.10
- Total Postage & Fees: $27.10

Flat Rate

**DELIVERY (POSTAL SERVICE USE ONLY)**

Employee Signature: BS

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**

---

$27.10
R2304H109029-98
U.S. POSTAGE PAID
PM-1-DAY
SANTA ROSA BEACH, FL 32459
NOV 17 21
AMOUNT
33128

PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE - ANY WEIGHT

Get free Package Pickup, scan the QR code.

USPS.COM/PICKUP