Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 14th, 2021

Motion for Leave to File – Memorandum

### READ MY WRITINGS BEFORE YOU JUDGE ME AND ALLOW MY FELLOW AMERICANS TO READ THEM AS WELL.

Theodore John "Unabomber" Kaczynski's Manifesto was docketed by me in the Democratic National Committee v. The Russian Federation/Trump (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl on June 4th, 2018, and no one noticed.

The crux of the Manifesto was that Technology and Industrialization would govern us, (Be our Gods) and supersede the Constitution. The vaccine and the vascular port that we are to receive are proof that the Manifesto was correct. The failure of the Manifesto was that it did not offer a viable solution.

Where do you think I got the idea to docket Theodore John "Unabomber" Kaczynski's Manifesto? I honestly believe that God has been guiding me.

I called for my own father's assassination (8 years ago). Do you think I would do that if I were wrong?

Would you judge me if my father were Hitler? (Read the attachments for an explanation.)

### Sensationalism does not work.

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Case 1:20-cv-02830-ELH Document 76 Filed 01/14/21 Page 1, 2, 3 of **29**
Motion for Leave to File (Fifty – Three) Amicus – Errata Reference Amicus 52
Case 1:20-cv-02830-ELH Document 75 Filed 01/14/21 Page 1, 2 of **2**
Motion for Leave to File (Fifty - Two) Amicus

Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson - Addendum Nine to Writ of Mandamus and Prohibition - The Act of Self-Immolation (Manmade Suicide) by David S. Buckel

We are so immune to what is taking place that violence, suicide, and murder-suicide will not change the narrative.

Mathematically Mankind will cease to exist in the next few years. The universe will record that Mankind committed suicide.

Censorship is exacerbating and accelerating our Genocide via Suicide, which is contagious.

### THE ONLY WAY TO SAVE MANKIND IS BY CHANGING THE NARRATIVE THROUGH THE FEDERAL JUDICIARY. ORDER THE GOVERNMENT TO RESPOND.

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Judge John George Koeltl

- Case 1:18-cv-03501-JGK Document 90 Filed 06/04/18 Page 1 of 37 - Amicus (Fifteen) - Here is Theodore John Kaczynski's Manifesto but before you read it ask yourself: **Who should control these four military grade doomsday weapons?**

- Case 1:18-cv-03501-JGK Document 91 Filed 06/05/18 Page 1 of 25 - Amicus (Fourteen) - Read Theodore John Kaczynski's Manifesto - Was he Wrong? He was trying to warn and save us. The world's smartest man, Theoretical physicist Stephen Hawking, and Kaczynski agreed on what was going to destroy Mankind, and no one listened to either one of them.

- Case 1:18-cv-03501-JGK Document 114 Filed 06/12/18 Page 1 of 4 - Amicus (Twenty) - **Judge Koeltl, I would ask the Devil for help if it meant that Mankind could be saved.** Attached is my: *Motion for Leave to File this Motion to Vacate the Sentence for Theodore John Kaczynski*

- Case 1:18-cv-03501-JGK Document 120 Filed 06/15/18 Page 1 of 6 - Amicus (Twenty-Six) - Will the Unabomber save Mankind? Will Theodore John "Ted" Kaczynski atone for his sins and serve his penance here on earth? My cousin Vice-Admiral John Christenson, the Military Attaché to NATO, chose not to. Instead, the Vice-Admiral chose to harm Mankind and his country.

- Case 1:18-cv-03501-JGK Document 123 Filed 06/19/18 Page 1 of 9 - Amicus (Twenty-Four) - Here is a perfect point about how apathetic and immune we are to the serious problems in this world. Law & Crime ran the following article: Someone Just Filed a Copy of the Unabomber Manifesto in the DNC's Case Against Russia

- ❖ Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg Movant David Andrew Christenson October 14th, 2021

- ❖ Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson October 14th, 2021

- ❖ Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson October 14th, 2021

- 14-10077 - Petition for a Writ of Mandamus and/or Prohibition.

- 16-5869 - Petition for a Writ of Certiorari (Jeffrey Bossert Clark is in the news and is being subpoenaed by Congress for his participation in the January 6th, 2021, Capital Riot/Insurrection. Mr. Clark entered an appearance in this case and yet he and BP were not parties. See attachment.)

- 16-6345 - Petition for a Writ of Mandamus and/or Prohibition.

- 16-6278 - Petition for a Writ of Mandamus and/or Prohibition.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

## Certificate of Service

I hereby certify that on October 18th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 18th, 2021.

(On File)

David Andrew Christenson

Case 1:21-cv-22440-KMW Document 102 Entered on FLSD Docket 11/19/2021 Page 4 of 11

Case 1:20-cv-02830-ELH Document 76 Filed 01/14/21 Page 1 of 29  FILED
LOGGED ENTERED
RECEIVED
JAN 14 2021
CLERK AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

Motion for Leave to File (Fifty – Three) Amicus – Errata Reference Amicus 52

{I finished the pleading and I thought of this. Why would the social media companies censor Trump when they have Section 230 protection? When they censored Hitler, he went underground until he was powerful and that had catastrophic consequences. What is so important to the social media companies that they will sacrifice profits and power? **IS IT ME AND MY QUEST? THE LIABILITY TO THE SOCIAL MEDIA COMPANIES WOULD BE TRILLIONS OF DOLLARS.**]

In 2013 I published a video titled: "V353 Pray that my father, Andy Christenson is assassinated to save your life Katrina Virus" http://youtu.be/nF9gTKZWh-0.

[Updated - It is the next day after I finished this pleading. **DO NOT JUDGE ME BECAUSE THAT IS GOD'S JOB.** Here is why I fight for you. My sister Andrea first attempted suicide in 1976 and has attempted multiple times. She suffers from severe depression and alcoholism. She has learned to function in our society with those two debilitating illnesses. My sister Jill was bipolar, attempted suicide multiple times and was finally successful in 2008. My mother was an opioid addict. She not only took the opioids orally, she had patches. My fellow soldiers, veterans and military family members commit suicide at epidemic rates. **THERE IS NO CURE.**]

My father retained Iowa U.S. Attorney and future Attorney General Matthew Whitaker to represent me when I was falsely arrested in 2011. My father intentionally did not disclose to me who Whitaker was. Whitaker gave away all of my Constitutional Rights in the first minute. They held me in isolation for 11 days and medicated me against my will. They asked for a $500,000 Bond for a misdemeanor. My wealthy father had the cash to pay the bond but refused and left me in jail in New Orleans but that is not why I published the video. My father benefited financially for leaving me in jail and that is not the reason I published the video either.

I knew the Katrina Virus would be devastating to this country and had to expose it. I thought sensational video titles would draw attention to my quest of saving my country. I was wrong.

I thought if people knew I was willing to sacrifice my own father for Mankind then it would be important. I was wrong.

I keep looking for a way to change the Narrative. I can't change the Narrative because too many people, entities, religions, governments, institutions, media companies, the medical and mental health communities, the military, the courts, etc. were involved in the cover-up.

Full Disclosure. If I was wrong, they would have handled things differently. Obama would have handled things differently. I am military, have Black Ops experience, am a military certified expert marksman, received specialized training from the FBI and Secret Service, etc. I flew support missions for the White House, Secret Service and President. I was intimately familiar with the Security Protocols for the

President. I had friends who worked for the Secret Service. Again, if I was wrong, they would have handled things differently. **THEY ALL KNEW THAT I WAS RIGHT.** (Google, Facebook, Twitter, Microsoft and the rest of the social media companies knew that I was right as well.)

I was ultimately a bargaining chip for the social media companies. They got to keep Section 230, permanently if they removed me and they did. **Trump never knew that.** (How could I **not** have violated the Terms of Service for Google/YouTube? Read on.) (Didn't it seem odd to you that they couldn't remove Section 230 protection with the National Defense Authorization Act?)

But they could do this with the last stimulus bill: *"It's called the COVID Relief Bill, but it has almost nothing to do with COVID," Trump said. "This bill contains $85.5 million for assistance to Cambodia, $134 million to Burma, $1.3 billion for Egypt and the Egyptian military, which will go out and buy almost exclusively Russian military equipment. $25 million for democracy and gender programs in Pakistan, $505 million to Belize, Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua, and Panama. $40 million for the Kennedy Center in Washington, DC, which is not even open for business. $1 billion for the Smithsonian and an additional $154 million for the National Gallery of Art. Likewise, these facilities are essentially not open."*

This is a perfect microcosm for what America is all about. Read all 164 comments. The vast majority are ignorant. Americans have closed their minds and this includes Federal Judges.

There is no training manual for what I do as a Federal Whistleblower and Activist. I am teaching myself. I keep developing new tactics but all have failed.

I now believe that it is my job to accurately record history.

This is the last comment before the comment section was closed. The DOJ realized they were losing their marketing campaign.

*atxcats*
*Apr 14, 2013 at 11:50:59 PM*
*got a response from YouTube*
*Saying that they didn't see anything that violates their TOS.*

The attachment must be read if you are to understand what I am about. The Website is a DOJ website whose mission was to get my videos removed without directly involving themselves.

It was Chief Justice and Attorney General Nominee Merrick Garland that got me removed from social media. You see the Supreme Court couldn't do it. Here is how far Garland went. Microsoft shut me down and closed my email accounts because Garland told them I was a pedophile. My accounts were reopened when Microsoft realized that they had been lied to and used. Both companies confirmed that they were pressured by the DC Circuit Court of Appeals. Garland's failure allowed the Section 230 deal to be struck. I hope that makes sense. There is a timeline.

The following first sentence is **absolutely not true.** The article is attached and some important parts are highlighted. The second sentence is true.

A guy calls for the assassination of Obama on YouTube. YouTube won't take it down. Please help. Cthulhu - Community (This content is not subject to review by Daily Kos staff prior to publication.) Saturday April 13, 2013 · 8:33 AM CDT
https://www.dailykos.com/stories/2013/4/13/1201501/-A-guy-calls-for-the-assassination-of-Obama-on-Youtube-Youtube-won-t-take-it-down-Please-help

1. They never watched any of the videos. This is very important because this is the America we live in. Americans will no longer go past the title. The only thing sensational is the title. V294 I hope and pray that Obama is assassinated to save your life and your families. Katrina Virus. http://youtu.be/3Aci-I9ah0g David Andrew Christenson

2. This is the only article that I can find about my videos.

3. The DOJ actively tried to get my videos removed and used some ingenious tactics but failed.

4. The article and the ability to post comments was only open for 36 hours. You could not post after that.

5. I honestly don't know what was so important about video 294 other than the title.

6. Companies advertised on my videos. I could not believe that. They actually mention the actress Susan Sarandon and Subaru.

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on January 11th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander

Movant David Andrew Christenson – United States Air Force Academy Class of 1982

Motion for Leave to File (Fifty - Two) Amicus

Law Enforcement arrested over 80 people within 24 hours of the riot at the U.S. Capital. Within 48 hours the U.S. Attorneys filed charges.

In 2020 how many people were arrested for attacking Federal Courthouses? Hundreds, if not thousands, should have been arrested and charged especially with our government's capabilities.

**THE SUPREME COURT MIGHT MATTER, BUT THE FEDERAL JUDICIARY DOES NOT.**

Review the attached letter. You know who matters by who got the vaccine and you did not.

The Judiciary will not be protected.

We do not protect our soldiers so why should we protect Judges?

President + 16 Cabinet Members (includes Vice President) + 9 Supreme Court Justices + 535 members of Congress = 661 people that matter, maybe. They all got the vaccine, right?

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on January 11th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

| | | |
|---|---|---|
| Judge Ellen Lipton Hollander | Richard Hollander | Chief Judge Lee H. Rosenthal |
| Federal Court | Millbrook Communications | U.S. Courthouse |
| 101 West Lombard Street | 1340 Smith Ave. | 515 Rusk St. |
| Chambers 5B | Building "C" 2nd Floor | Houston, Texas 77002 |
| Baltimore, MD 21201 | Baltimore, MD 21209 | |

December 24th, 2020 – Chief Justice John Roberts got his vaccine but not you. Alexandria Ocasio-Cortez got her vaccine but not you. The Judiciary screwed themselves or should I say Prostituted themselves and for what?

**I must be harsh. You fucking fools. Don't you see it? We are building up to a new Hitler. Joseph Hollander made a herculean effort to save his family. Joseph was a phenomenally well-educated man and a relative and he still couldn't save his family. Who will the new Jews be? What do the prophecies say?**

*Chief Judge Rosenthal docketed my pleadings in a case where he was not the presiding judge.
- Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
- Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr.
- Every Day Lasts a Year A Jewish Family's Correspondence From Poland by Richard Hollander

Chief Judge Rosenthal wrote a letter to the Texas State Governor asking, or was it begging, that Federal Judges and Staff be put on the list for COVID19 vaccinations. The Supreme Court Justices had already been offered their COVID19 vaccinations. I have been writing about this for years. Joseph Hollander is warning you to get out of Poland. We are in Pre-World War II Poland and Germany.

Are you delusional enough to believe that you are going to be protected?

Look at the degradation of our country in the last four years.

When the war starts, and it has already started, the U.S. Marshals will not protect you and neither will the military. Again, please accept my apology for being crude. YOU ARE FUCKED!

To vaccinate the Federal Judiciary would only take about 10,000 vaccines/doses, at most.

We are vaccinating 90-year-old women with Alzheimer's before Judges.

**Face it, you don't matter.**

**What if God is giving you a miracle by not being vaccinated.**

Godspeed - Sincerely, David Andrew Christenson - P.O. Box 9063 - Miramar Beach, Florida 32550 - 504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Paul J. Manafort Jr.
Plaintiff

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Civ. No. 1:18-cv-00011 (ABJ)

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

Judge Amy Jackson

Addendum Nine to Writ of Mandamus and Prohibition
The Act of Self-Immolation (Manmade Suicide) by David S. Buckel

Nationally Civil Rights and Environmental Attorney David S. Buckel committed (Manmade) suicide in Prospect Park which is located in Brooklyn, New York, by self-immolation.

This wonderful human being, who had so much to give, somehow became programed to view suicide as a life choice. He committed suicide at 6:30 AM in front of no one. A man of this intelligence had to know that this additional 15 minutes of fame would do no good. (Why did he not do it across from the White House? It still would not have done any good.) Americans are immune to these types of actions. Mr. Buckel got an additional 15 minutes of fame and for what? This man committed suicide because of a manmade mental illness. His suicide has nothing to do with protecting the environment.

## This Court must realize that it has to do something to save Mankind and if the court does, then Mr. David S. Buckel's death will not have been in vain.

## How many more Americans like Mr. David S. Buckel will this Court allow to commit suicide because of a Manmade illness?

## How many more Soldiers, Veterans and their family members will this Court allow to commit suicide because of a Manmade illness?

## How many more five-year-old children, grandchildren, brothers, sisters and cousins will this Court allow to commit suicide because of a Manmade illness?

I beg this court not to let Mr. David S. Buckel's death to be in vain.
Please do something.
All this court has to do is honor the Constitution.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 16th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

U.S. POSTAGE PAID
PME 1-Day
SANTA ROSA BEACH, FL
32459
NOV 17, 21
AMOUNT
$27.10
R2304H109029-98

33128

1007

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EJ 857 483 015 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Box 9063
MIRAMAR BEACH FL
32550

DELIVERY OPTIONS (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk
Federal court
400 North Miami Ave
Room 8N09
MIAMI FL
33128

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 32459 | Scheduled Delivery Date (MM/DD/YY): 11-18-21 | Postage: $ 27.10 | |
| Date Accepted (MM/DD/YY): 11-17-21 | Scheduled Delivery Time: ☒ [illegible]:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 8:58 ☒ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 27.10 | |
| Weight: 1 lbs. 9.20 ozs. ☒ Flat Rate | Acceptance Employee Initials: [illegible] | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

75

...ATE
...ELOPE
■ ANY WEIGHT

...e free Package Pickup,
...n the QR code.

...S.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express... Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights ...