FILED BY _____ D.C.
NOV 19 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 18th, 2021

Motion for Leave to File – 3rd Memorandum – God connected me to all of this.

Colin Powell died today. You all think he was a hero but in fact he was a Traitor who was guilty of Treason and Genocide. Review the attachments.

Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro Case 1:20-cv-21108-UU Document 106 Entered on FLSD Docket 09/04/2020 Page 1, 2 of 11 pages.

- ❖ Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg
  Movant David Andrew Christenson October 14th, 2021

- ❖ Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
  Movant David Andrew Christenson October 14th, 2021

- ❖ Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
  Movant David Andrew Christenson October 14th, 2021

- 14-10077 - Petition for a Writ of Mandamus and/or Prohibition.

- 16-5869 - Petition for a Writ of Certiorari (Jeffrey Bossert Clark is in the news and is being subpoenaed by Congress for his participation in the January 6th, 2021, Capital Riot/Insurrection. Mr. Clark entered an appearance in this case and yet he and BP were not parties. See attachment.)

- 16-6345 - Petition for a Writ of Mandamus and/or Prohibition.

- 16-6278 - Petition for a Writ of Mandamus and/or Prohibition.

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 18th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 18th, 2021.

(On File)
_____
David Andrew Christenson

Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128
September 3rd, 2020



FILED BY____PG____D.C.

SEP 0 9 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I am passionate about you, my country and mankind. I get worked up and forget to include crucial information. Sorry.

Do you know what Colin Powell said after the world discovered his fraud at the UN?

"That was a blemish on my record."

The Genocide of Mankind is a "blemish".

I fight for my country and I am labeled a terrorist.

Powell comments fraud against the world with the result being the Genocide of Mankind and he is a hero.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Motion for Leave to File Amicus 67 – We cause the Genocide of Mankind and this is what we do. We murder you and your family and this is what we do. **Censorship**: Facebook bans political ads the week before the election. **U.S. Debt**: The U.S. debt has exceeded the Gross Domestic Product. **Assassination of the "Rule of Law"**: US sanctions International Criminal Court officials. **IT WAS US THAT RELEASED THE KATRINA VIRUS WITH THE CONCLUSION BEING THE PANDEMIC/COVID19 AND THE GENOCIDE OF MANKIND.**

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
September 3rd, 2020

Motion for Leave to File Amicus 67 – We cause the Genocide of Mankind and this is what we do. We murder you and your family and this is what we do. **Censorship**: Facebook bans political ads the week before the election. **U.S. Debt**: The U.S. debt has exceeded the Gross Domestic Product. **Assassination of the "Rule of Law"**: US sanctions International Criminal Court officials. **IT WAS US THAT RELEASED THE KATRINA VIRUS WITH THE CONCLUSION BEING THE PANDEMIC/COVID19 AND THE GENOCIDE OF MANKIND.**

Secretary of State/Chairman of the Joint Chiefs/Black Man Colin Powell commits three frauds against the world in front of the General Assembly of the United Nations which resulted in Genocide.

Black Lives Do Not Matter. No Lives Matter. Our military has a disproportionated number of black men and women. Colin Powell sent them to their death over three frauds. They were also maimed and developed severe mental issues. Suicides are epidemic in our soldiers, veterans and military family members. Under his leadership the military developed over 900 anti-suicide programs and none of them work. This was just a precursor to the suicide epidemic with all Americans.

He told the world that Iraq was responsible for 911. Iraq **was not** responsible for 911.

He told the world that Iraq had Weapons of Mass Destruction. Iraq **did not** have Weapons of Mass Destruction.

He told the world that Al Qaeda was in Iraq. Al Qaeda **was not** in Iraq.

He knew that he was committing fraud and he knew the results.

The world sees Colin Powell as a hero. I see him as Hitler.

Two docketed court pleadings are attached.

The world's richest man, Jeff Bezos, is part of this. He too is Hitler.

When will Chief Justice John Roberts open his eyes?


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550

504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 3rd/2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021
**Amicus - 103 –** August 14th, 2021

**THIS IS WHY THE VACCINE WILL FAIL. THE SAME THINKING BY THE SAME SUNARCISSISTIC COWARDS**

God will judge you for the Genocide of his children.

The attachments are docketed pleadings in multiple Federal Courts.

You cannot say you did not know.

There is no difference between Afghanistan, Iraq, and the Pandemic (vaccines). The same despicable idiots are in charge but this time the conclusion is the Genocide of Mankind.

Everyone knows why we are losing in Afghanistan. (**David H. Petraeus was having sex** with Major Paula D. Broadwell and filing false reports with Congress.) (Read the IG Report.)

Everyone knows that President George W. Bush took us into Iraq by using fraud. (Read the New York Times apology.) (Read how General Colin Powel called his lying, committing fraud on the world so that we could go to war, to the United Nations General Assembly a *"blemish"* on his record. He committed genocide against his own people, young black men and women who have suffered disproportionately.)

**Our troops died, were maimed, committed suicide, developed mental maladies, etc. and we spent trillions of dollars, all of which was borrowed.**

THE AFGHANISTAN PAPERS A secret history of the war- AT WAR WITH THE TRUTH
U.S. officials constantly said they were making progress. They were not, and they knew it, an exclusive Post investigation found. - By Craig Whitlock Dec. 9, 2019
https://www.washingtonpost.com/graphics/2019/investigations/afghanistan-papers/afghanistan-war-confidential-documents/

October 10, 2008, John Walcott: Truth is not subjective
McClatchy Washington Bureau I 10/09/2008 I John Walcott: Truth is not subjective: McClatchy Bureau Chief Walcott wins Nieman Foundation award
https://delong.typepad.com/egregious_moderation/2008/10/john-walcott-tr.html

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl

5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 14ʰ, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 14ᵗʰ, 2021.

On File

---
David Andrew Christenson

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021
**Amicus - 115** – August 26th, 2021

My life did not happen by chance. (God made sure that I know what the hell I am talking about.)

My classmate at the Air Force Academy was Gen. Tod D. Wolters, the Commander, U.S. European Command and NATO's Supreme Allied Commander Europe (SACEUR). He is a defective human being that has abrogated the oath that he took to protect the Constitution. He should have never made it past the rank of Major. <u>I know the idiot</u>. He is a spineless, gutless twit. (He blew sunshine up Biden's ass.)

The air evacuation plan for Kabul was moronic. A four-star General allowed a military plan to be political. Wolters should have stood up to the President and Secretary of Defense. **There was no air evacuation plan.** Simple math. Any air evacuation plan would have required multiple perimeters. Every time I see a C-17 take off or land at Kabul my ass tightens up and my heart stops. The only reason one of our planes has not been shot down is because of luck **and not** military planning.

It was Treason when they allowed Kabul to fall. Kabul was inside of the safety perimeter that they needed to conduct safe air evacuation operations. Simple math. Everyone knows that.

What if ISIS-K or Al Qaeda fire a missile and shoot down a C-17? Who will be held accountable? Will we hang Wolters? We will not hang him. We will promote him to CIA Director.

Wolters has the same defective moral fiber as General Tommy Franks, General Colin Powell, and General David Petraeus (All three are considered heroes but in fact they are the Antichrists.) All three knew that President George W. Bush, Vice President Dick Chaney, and Secretary of Defense Donald Rumsfeld were committing fraud on the world and that fraud, resulted in Genocide in Iraq, Afghanistan, and America. Don't you get it? **They all** told the world that there were weapons of mass destruction in Iraq, that Al Qaeda was there, and that Iraq was responsible for 911 and none of that was true. The *Genocide in America was and is our soldiers committing suicide.*

Biden was a Senator when the U.S. went into Afghanistan. Biden was the Vice President when our presence in Afghanistan was greatly expanded under President Obama.

Biden is directly responsible for the debacle in Afghanistan. He orchestrated the fraud on America.

Biden is directly responsible for the deaths of those 13 soldiers. **HE, JOE BIDEN, MURDERED THEM.**

**BY CENSORSHIP AND ABROGATING YOUR OATH, YOU HAVE ALLOWED JOE BIDEN TO GET AWAY WITH GENOCIDE.**

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021
**Amicus - 116 –** August 26th, 2021

*My life is no coincidence. God directed my life and gave me these experiences and connections so that I could make a difference. God made me credible.*

Reference Amicus 115: My classmate at the Air Force Academy was Gen. Tod D. Wolters, the Commander, U.S. European Command and NATO's Supreme Allied Commander Europe (SACEUR).

The following is in multiple court dockets. All of it is factual and verifiable.

I was the first Cadet in the history of the Air Force Academy to quit and return two years later to graduate. I was in the class of 1980 for two years, left the Academy for two years and returned for two years to graduate with the class of 1982. I know the defective graduates from the Academy for the following years: 1977, 1978, 1979, 1980, 1981, 1982, 1983, 1984, and 1985. Plus, the others that I served with.

My cousin is Vice Admiral John N. Christenson, class of 1981 United States Naval Academy. We were very close at one time but have not spoken for over 20 years. John abrogated his oath to protect the Constitution just like *General Tommy Franks, General Colin Powell, General David Petraeus, and Gen. Tod Wolters did*. John had absolutely no leadership ability and I knew him well.

**John was the Military Representative to NATO when he unmasked General Michael Flynn.**

**John did nothing about the unmasking and what he found out.**

John should be hung for Treason.

Vice Admiral John Christenson was Chief of Staff for U.S. European Command and NATO's Supreme Allied Commander Europe (SACEUR).

John's two positions, NATO and SACEUR, directly involved him in the plans for the withdrawal from Afghanistan. He failed his country. He knew firsthand of the fraud that was being committed by our Admirals and Generals in Afghanistan when they filed reports with Congress.

**VICE ADMIRAL JOHN CHRISTENSON DID NOTHING TO PROTECT HIS COUNTRY. HE KNOWINGLY COMMITTED TREASON.**

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

Motion for Leave to File (Forty – Seven) Amicus

Speaker of the House Nancy Pelosi contacted the Chairman of the Joint Chiefs of Staff about Trump's mental health.

## **THIS IS SEDITION AND TREASON AND MAKES US VULNERABLE TO ATTACK.**

There is nothing in the Constitution that allows for her actions. There is no Federal law that allows for her actions. What Trump has done is pale in comparison to what Pelosi is doing.

Nancy Pelosi is jeopardizing all American lives.

Another unbelievable story. Colin Powell, who is guilty of War Crimes, Genocide and Crimes Against Humanity has demanded that Trump resign.

Powell called his crimes a "blemish" on his record.

Trump has never done anything so heinous as Powell did at the United Nations General Assemble when he committed fraud against the World and started a War.

The media is just as guilty as Pelosi and Powell.

You still think we are going to survive? Not a chance in hell if we don't change the Narrative.

Godspeed
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**

EJ 857 483 015 US

U.S. POSTAGE PAID
PME 1-Day
SANTA ROSA BEACH, FL
32459
NOV 17, 21
AMOUNT
$27.10
R2304H109029-98

33128

1007

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )
Box 9063
MIRAMAR BEACH FL
32550

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code 32459 | Scheduled Delivery Date (MM/DD/YY) 11-18-21 | Postage $ 27.10 | |
| Date Accepted (MM/DD/YY) 11-17-21 | Scheduled Delivery Time ☒ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 8:58 ☒ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 27.10 | |
| Weight ☒ Flat Rate 1 lbs. 9.20 ozs. | Acceptance Employee Initials [initials] | | |

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Clerk
Federal court
400 North Miami Ave
Room 8N09
MIAMI FL
33128

ZIP + 4® (U.S. ADDRESSES ONLY)

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

25

...TE ■ ANY WEIGHT

...dule free Package Pickup, scan the QR code.

...SPS.COM/PICKUP

VISIT US AT USPS.COM® Label 119, Jan 2015

...is packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Expres... ...uses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All r...

