UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22440-CIV-WILLIAMS

DONALD J. TRUMP, *et al.*,

    Plaintiffs,

v.

FACEBOOK, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on motions (DE 89; DE 90; DE 91; DE 92; DE 94; DE 95; DE 98; DE 99; DE 100; DE 101; DE 102; DE 103; DE 104; DE 105) filed and letters (DE 93) sent by David Andrew Christenson, who is not a party in the above-captioned case.

The Court has neither invited nor directed Mr. Christenson to correspond with chambers. Therefore, his various motions and letters constitute violations of the Local Rules of the Southern District of Florida ("***Local Rules***").[1] "Unless invited or directed by the presiding judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by any attorney, except when necessary as an exhibit when seeking relief from the Court . . . ." S.D. Fla. Loc. R. 7.7. Even setting aside the inappropriate nature of Mr. Christenson's communications with the Court,[2] his various motions lack sufficient legal or factual basis.

---

[1] *Pro se* or unrepresented litigants like David Andrew Christenson must adhere to the same practices, procedures, and rules as counsel for any party in a matter before this Court.

[2] Many of Mr. Christenson's communications with the Court are accompanied by the term "Hope and Pray for Assassination."

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. David Andrew Christenson's motions in the above-captioned case (DE 89; DE 90; DE 91; DE 92; DE 94; DE 95; DE 98; DE 99; DE 100; DE 101; DE 102; DE 103; DE 104; DE 105) are **DENIED**.

2. David Andrew Christenson's submissions in the above-captioned case (DE 89; DE 90; DE 91; DE 92; DE 93; DE 94; DE 95; DE 98; DE 99; DE 100; DE 101; DE 102; DE 103; DE 104; DE 105) are **STRICKEN** from the record.

3. The Clerk of Court is **DIRECTED** to mail a copy of this Order to David Andrew Christenson at the following address: P.O. Box 9063, Miramar Beach, FL 32550.

4. Given his repeated violations of the Local Rules, the Clerk of Court is **DIRECTED** not to docket any further submissions by Mr. Christenson in this case, without prior approval.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 19th day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE