UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP, *et al.*, | ) <br> ) |
| *Plaintiffs*, | ) <br> ) |
| v. | ) No. 1:21-cv-22440-KMW-CMM <br> ) |
| FACEBOOK, INC. *et al.* | ) <br> ) |
| *Defendants*. | ) <br> ) |

**NOTICE OF INTERVENTION AND MOTION
TO SET DEADLINE FOR THE UNITED STATES'
MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)**

Under Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), and in accordance with the authorization of the Acting Solicitor General of the United States, the United States hereby intervenes in this action for the limited purpose of defending the constitutionality of Section 230(c) of the Communications Decency Act of 1996 ("CDA") (Pub. L. No. 104-104, § 509, codified at 47 U.S.C. § 230(c)).

On July 9, 2021, Plaintiffs filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 5. By Order dated July 21, 2021, the Court certified a constitutional question to the U.S. Attorney General. ECF No. 14. On August 23, 2021, the Court ordered that "on or before November 22, 2021, the Government shall decide whether it intends to intervene in this case and file the appropriate notice." ECF No. 45. On October 7, 2021, Plaintiffs filed a motion for preliminary injunction arguing, *inter alia*, that Section 230(c) of the Communications Decency Act of 1996 is unconstitutional. ECF No. 78.

The United States is entitled to intervene in this action under the Federal Rules of Civil Procedure and by statute. Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. *See* Fed. R. Civ. P. 5.1(c). Rule 24

further permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1).  The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question[.]" 28 U.S.C. § 2403(a).  In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality."  *Id*.  Here, Plaintiffs have "drawn in question" the constitutionality of 47 U.S.C. § 230(c), and the United States has an unconditional right to intervene to defend the statute.

Additionally, the United States respectfully moves for an order setting the deadline for the United States to file its memorandum in defense of 47 U.S.C. § 230(c).  The Court set the deadline for Defendants to respond to Plaintiffs' motion for preliminary injunction as follows:

> Should the Court deny Defendants' Motion to Transfer, then Defendants shall respond to both the Amended Complaint and Motion for Preliminary Injunction on or before 30 days after the Court's ruling. . . . Should the Court grant Defendants' Motion to Transfer, and this case is transferred, the same scheduling changes . . . shall apply unless the Northern District of California decides otherwise.

ECF No. 85.

On November 19, 2021, the Court granted Defendants' motion to transfer.  ECF No. 108.  Thus, Defendants' response to Plaintiffs' motion for preliminary injunction is due December 20, 2021, unless the Northern District of California decides otherwise.  The United States respectfully requests the Court set the same deadline for the United States' memorandum in defense of 47 U.S.C. § 230(c) as is applicable to Defendants' response to Plaintiffs' motion for preliminary injunction.

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he has conferred with counsel for the parties about the relief sought herein.  Counsel for Plaintiffs and counsel for Defendants stated that their clients consent to the relief sought herein.

Date: November 21, 2021

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

/s/ *Joshua Kolsky*
JOSHUA KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for the United States*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 21, 2021.

>                         */s/* Joshua Kolsky
>                         Joshua Kolsky