Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

November 20th, 2021

21 CV 22440



FILED BY _PG_ D.C.

NOV 24 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Judge Williams,

Please fix your Genocidal mistake. You cannot allow history to record your order. You will be vilified. You censored your fellow Americans. The conclusion is the Genocide of our species. You protected Facebook when you should have protected your fellow Americans.

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

Why do you think Chief Justice Pryor ordered that I be allowed to appeal in this case?

Why do you think that Chief Justice Srinivasan and Chief Justice Pryor docketed my EMERGENCY EXTRAORDINARY WRIT OF MANDAMUS AND PROHIBITION - WITH EMERGENCY MOTION FOR AN INJUNCTION AGAINST THE VACCINE MANDATE BY OSHA?

How do you think history will remember you?

What will you say to God?

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

USCA Case #21-5259   Document #1922974   Filed: 11/16/2021   Page 7 of 8

Justice Sri Srinivasan
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

RECEIVED
NOV 16 2021

United States Court of Appeals for the District of Columbia Circuit - David Andrew Christenson on behalf of all Americans v. The United States of America - Court of Appeals No.: 21- XXXXX November 13th, 2021

### EMERGENCY EXTRAORDINARY WRIT OF MANDAMUS AND PROHIBITION

### WITH EMERGENCY MOTION FOR AN INJUNCTION AGAINST THE VACCINE MANDATE BY OSHA

## America and the World would not be in the Pandemic if the Supreme Court had ordered Responses to my four Writs, especially Writ 14-10077. **Just a response could have saved Mankind.**

Please issue an Order of Injunction that incorporates the Fifth Circuit Injunction against the Vaccine Mandate by OSHA. See attachment 2.

This is about the survival of our species, and it is about National Security.

The applicable law is the Preamble:

> *"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our **Posterity**, do ordain and establish this Constitution for the United States of America."*

Americans in Georgia, Alabama and Florida have a Constitutional Right to this protection.

Americans have a Constitutional Right/First Amendment to have all my pleadings and letters placed into the Public Docket, anything else would-be Censorship and a criminal violation of our Constitution/First Amendment. (How can rules and procedures supersede the Constitution with the result being our Genocide?) (How can the courts have a public docket, private docket, and secret docket?)

Please incorporate all docketed and undocketed pleadings and letters in – Supreme Court Extraordinary Writs of Mandamus and Prohibition – 14-10077, 16-6345, 16-6278, and 16-5869.

Please incorporate all docketed and undocketed pleadings in - United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371.

Please incorporate all docketed and undocketed pleadings in – United States Court of Appeals for the Fifth Circuit - BST Holding v. OSHA No.: 21-60845 – Movant David Andrew Christenson on behalf of all Americans. (Pleadings filed by Plaintiffs and Movant David Andrew Christenson.)

Attachment 1: Docketed but never ruled upon: United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371-C –

February 20th, 2021 - Emergency Motion (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE. USCA11 Case: 21-10371 Date Filed: 02/22/2021.

Attachment 2: Fifth Circuit Order Granting an Injunction Against the Vaccine Mandate. BST Holding v. OSHA No.: 21-60845 - Case: 21-60845 Document: 00516091902 Page: 1 Date Filed: 11/12/2021.

Attachment 3: Supreme Court Writ Emergency Extraordinary Writ For An Injunction filed November 28th, 2020.

Godspeed

Sincerely,

(On file)

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 13th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 13th, 2021.

(On File)

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

U.S. COURT OF APPEALS
RECEIVED
CLERK
NOV 16 2021
ATLANTA

USCA11 Case: 21-13985    Date Filed: 11/16/2021    Page: 1 of 36

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson on behalf of all Americans v. The United States of America - Court of Appeals No.: 21- XXXXX November 13th, 2021

**EMERGENCY EXTRAORDINARY WRIT OF MANDAMUS AND PROHIBITION**

**WITH EMERGENCY MOTION FOR AN INJUNCTION AGAINST THE VACCINE MANDATE BY OSHA**

America and the World would not be in the Pandemic if the Supreme Court had ordered Responses to my four Writs, especially Writ 14-10077. **Just a response could have saved Mankind.**

Please issue an Order of Injunction that incorporates the Fifth Circuit Injunction against the Vaccine Mandate by OSHA. See attachment 2.

This is about the survival of our species, and it is about National Security.

The applicable law is the Preamble:

> "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our **Posterity**, do ordain and establish this Constitution for the United States of America."

Americans in Georgia, Alabama and Florida have a Constitutional Right to this protection.

Americans have a Constitutional Right/First Amendment to have all my pleadings and letters placed into the Public Docket, anything else would-be Censorship and a criminal violation of our Constitution/First Amendment. (How can rules and procedures supersede the Constitution with the result being our Genocide?) (How can the courts have a public docket, private docket, and secret docket?)

Please incorporate all docketed and undocketed pleadings and letters in – Supreme Court Extraordinary Writs of Mandamus and Prohibition – 14-10077, 16-6345, 16-6278, and 16-5869.

Please incorporate all docketed and undocketed pleadings in - United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371.

Please incorporate all docketed and undocketed pleadings in – United States Court of Appeals for the Fifth Circuit - BST Holding v. OSHA No.: 21-60845 – Movant David Andrew Christenson on behalf of all Americans. (Pleadings filed by Plaintiffs and Movant David Andrew Christenson.)

Attachment 1: Docketed but never ruled upon: United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371-C –

February 20th, 2021 - Emergency Motion (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE. USCA11 Case: 21-10371 Date Filed: 02/22/2021.

Attachment 2: Fifth Circuit Order Granting an Injunction Against the Vaccine Mandate. BST Holding v. OSHA No.: 21-60845 - Case: 21-60845 Document: 00516091902 Page: 1 Date Filed: 11/12/2021.

Attachment 3: Supreme Court Writ Emergency Extraordinary Writ For An Injunction filed November 28th, 2020.

Godspeed

Sincerely,

(On file)

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 13th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 13th, 2021.

(On File)

David Andrew Christenson

PENSACOLA FL 325
20 NOV 2021 PM 2 L

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

33128-182440

RECEIVED
NOV 24 2021
11:15 AM

USMS
INSPECTED