August 5th, 2023

I did not know that the Supreme Court, through the Judicial Council, barred me from filing pleadings, amicus briefs, friend of the court briefs, etc. until today. See attachment.

I did not know that the Supreme Court was censoring me directly and proactively. I was never notified.

Think about this. You are censoring someone who is trying to change the narrative and save humanity.

Censoring someone with such an honorable cause as saving his country is a true Constitutional crime.

Our Republic has failed. If you are censoring me then you are censoring everyone and that includes yourself.

Since when can the Supreme Court override the Constitution?

I can think of no crime that is worse than the censorship of a cause that is trying to save humanity from a mathematically certain genocide.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# United States Court of Appeals
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 01, 2023

Mr. David Andrew Christenson  
P.O. Box 9063  
Miramar Beach, FL 32550

Dear Mr. Christenson,

We are returning your documents to you as we are unable to determine what relief you are seeking. This court can only grant relief through a proper motion in a pending case.

Reminder: You are barred from filing further complaints until you submit a Rule10(a) petition requesting the Judicial Council lift the bar.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Christina Gardner_  
Christina A. Gardner, Deputy Clerk  
504-310-7684



PENSACOLA FL 325

5 AUG 2023   PM 2   L

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

33128-181038